RECEIVED
SEP 20 2019
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS JR
_____ PLAINTIFF

-AGAINST-

THE CITY OF NEW YORK

M.D.C CIVILAIN GRIEVENCE SUPERVISOR, A.
PADILLO,

CORRECTIONAL OFFICER MARTINEZ SHEILD 1769

MAILROOM CIVILIAN   T.GREEN
_____ DEFENDANT(S)

19 CV 8737

NO.
[TO BE FILLED OUT BY CLERK'S OFFICE]

42 U.S.C § 1983 & 1985

COMPLAINT
(PRISONER)

DO YOU WANT A JURY TRIAL?
[X] YES          [] NO

## I.     LEGAL BASIS FOR CLAIM:

STATE BELOW THE FEDERAL LEGAL BASIS FOR CLAIM, IF KNOWN, THIS FORM IS DESIGNED PRIMARILY
FOR PRISONERS CHALLENGING THE CONSTITUTIONALITY OF THEIR CONDITIONS OF CONFINEMENT; THOSE
CLAIMS ARE OFTEN BROUGHT UNDER U.S.C §1983 (AGAINST STATE, COUNTY, OR MUNICIPAL DEFENDANTS)
OR IN A " BIVENS " ACTION (AGAINST FEDERAL DEFENDANTS).

[X]     VIOLATION OF MY FEDERAL CONSTITUTIONAL RIGHTS

[]      OTHER:

## II.     PLAINTIFF INFORMATION

EACH PLAINTIFF MUST PROVIDE THE FOLLOWING INFORMATION. ATTACH EXTRA PAGES
IF NECESSARY.

Alexander                                      Williams Jr
FIRST NAME                MIDDLE INITIAL        LAST NAME

141-180-1632
PRISONER ID # (IF YOU HAVE PREVIUOSLY BEEN IN ANOTHER AGENCY'S CUSTODY, PLEASE SPECIFY
EACH AGENCY AND THE ID NUMBER [SUCH AS YOUR DIN OR NYSID] UNDER WHICH YOU WERE HELD)

Manhattan Detention Center
CURRENT PLACE OF DETENTION

125 White Street
INSTITUTIONAL ADDRESS

| New York | New York | 10013 |
|---|---|---|
| COUNTY, CITY | STATE | ZIP CODE |

**III.    PRISONER STATUS:**
INDICATE BELOW WHETHER YOU ARE A PRISONER OR OTHER CONFINED PERSON:

[X]    Pretrial detainee

[]    Civilly committed detainee

[]    Immigration detainee

[]    Convicted and Sentenced prisoner

[]    Other:_____

**IV.    DEFENDANT(S) INFORMATION:**
TO THE BEST OF YOUR ABILITY, PROVIDE THE FOLLOWING INFORMATION FOR EACH DEFENDANT. IF THE CORRECT INFORMATION IS NOT PROVIDED, IT COULD DELAY OR PREVENT SERVICE OF THE COMPLAINT ON DEFENDANT(S). MAKE SURE THAT THE DEFENDANT(S) LISTED BELOWE ARE IDENTICAL TO THOSE LISTED IN THE CAPTION.. ATTACH ADDITIONAL PAGES AS NECESSARY.

**DEFENDANT 1:** The City Of New York

| FIRST NAME | LAST NAME | SHEILD # |
|---|---|---|

City Of New York
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)
100 CHURCH STREET
CURRENT WORK ADDRESS

| NEW YORK | New York | 10007 |
|---|---|---|
| COUNTY, CITY | STATE | ZIP CODE |

**DEFENDANT 2:** A.                    Padillo

| FIRST NAME | LAST NAME | SHEILD # |
|---|---|---|

Manhattan Detetntion Complex grievence Supervisor
CURRENT JOB TITLE (OR OTHER IDENTIFYING INFORMATION)
75-20 Astoria Blvd
CURRENT WORK ADDRESS

| East Elmhurst | New York | 11370 |
|---|---|---|
| COUNTY, CITY | STATE | ZIP CODE |

**DEFENDANT 3:**                    Martinez         1769

| FIRST NAME | LAST NAME | SHEILD # |
|---|---|---|

Correctional Officer  [FACILITY MAILROOM OFFICER]
CURRENT JOB TITLE  (OR OTHER IDENTIFYING INFORMATION)

75-20  Astoria Blvd
CURRENT WORK ADDRESS

East Elmhurst                New York                    11370
COUNTY, CITY                 STATE                      ZIP CODE

DFENDANT 4:    Mailroom  Civilian          Green
FIRST NAME                   LAST NAME          SHEILD #

Manhattan detetion Complex  Mailroom Civilian assistance
CURRENT JOB TITLE   (OR OTHER IDENTIFYING INFORMATION)

125 White Street
CURRENT WORK ADDRESS

New York                     New York                    10013
COUNTY, CITY                 STATE                      ZIP CODE

V.        STATEMENT OF CLAIM:

PLACE(S) OF OCCURRENCE:   Mnahattan Detetion Complex

DATE(S) OF OCCURRENCE:    July 2, July 8, Sept 5, Sept 6 and Sept 9 and 10th 2019.

## FACTS:

STATE HERE BRIEFLY THE FACTS THAT SUPPORT YOUR CASE. DESCRIBE WHAT HAPPEN, HOW YOU WERE HARMED, AND HOW EACH DEFENDANT WAS PERSONALLY INVOLVED IN THE ALLEGED WRONGFUL ACTION. ATTACH ADDITIONAL PAGES AS NECCESSARY.

1.       From  Jan 18 to present day the plaintiff has been housed at the manhattan detention complex via exhibit-A.

2.       On April 4 2019 the plaintiff moved the Southern District Court with a §1983 Civil complaint in regards to numerous constitutional violation involving his out-going mail and rights to acces the courts. That case is logged under 19-CV-03347.

3.       Sometime in July 2019 the plaintiff filed a tort claim against numerous staff member at the facility in regards to being sexual harassed and other state and constitutional violation. That matter is currently logged in New York State court under index no 100910/19.

4.       On June 18 2019 when the plaintiff was issued the above mention

index numer he was also informed by the New York State Supreme Court civil

branch County Clerk that it was his responsibilty to serve the defendants

in  that matter. See exhibit-B

5.      On or about June 25 2019 the plaintiff sent out four manalia

envelopes each containing the summons and complaint on the following defendants

in that matter:

a.      Corporation Counsel NYC Law department, 100 church street, Ny
        Ny 10007

b.      Correctional Officer Festa sheild no 9725, M.D.C. 125 White Street,
        Ny Ny 10013

c.      Correctional Officer Aleus-Ledian sheild no 10115, M.D.C. 125
        White street, Ny Ny 10013

d.      Captin Dillard sheild no 1873, M.D.C. 125 White Street, Ny Ny
        10013

        The plaintiff had already submitted to use funds out of his inmate

account to have the facility mailroom send the above envelopes out certified

retrun reciept in pursuant with New York State CPLR 308(4). This request

was approved, see exhibit-C.

6.      On June 25 2019 the plaintiff had given those four envelope to

the recall officer to submitt to the facility mailroom because this is

the procedure that inmates on housing  unit 9 north are told to follow.

7.      On July 2 2019 the plaintiff became aware that the funds to send

these envelopes certified mail was not taken out of his account so he

asked housing unit 9 north steady officer Throcia to please contact mailroom

and inquire about his outgoing legal mail.

8.      When  CO throcia call he spoke with mailroom civil T. Green who

informed him that mailroom officer Martinez and recall officer Betha had

taken the plaintiffs outgoing mail to assistant deputy warden Rivera instead

of allowing it to be mailed out of the facility mailroom.

9.      After being told this the plaintiff asked CO Throcia to contact the area supervisor so he may speak to him about this situation. Within minutes Captin Jean-Baptise came onto the housing unit and discussed with the plaintiff the situation.

10.      Captin Jean-Baptise then called the mailroom himself and spoke with the mailroom civilian T. Green and was told by Mr Green that the envelopes that the plaintiff was sending out contained a Law suit on co's at the facility in pursuant to sexual allegation and that he and co Martinez had already given the legal mail to facility dep of security.

11.      Captin Jean-Baptise got off of the phone and contacted facility assistant deputy warden Peoples to ask her to come to the hosuing unit to help with figuring out the situation.

12.      Within 30 minutes Deputy Peoples was on the unit speaking to the plaintiff and the captin as well as co Throica. She explained that the situation didnt sound correct and did not understand why the plaintiffs outgoing legal mail would be inside of Dep Riveras office. So she contacted security captin Hernandez about the situation who said that he would come up stairs and deal with it himself.

13.      Hours later security captin Hernandez and several other secuirty staff from the facility entered the housing unit  in an aggressive manner and spreaded out as they approached the plaintiff. Once they were in close enough position to have the plaintiff boxed into the corner of the hosuing unit, captin Hernandez begin to inform the plaintiff that his outgoing legal mail was confiscated because the facility policy stated that the plaintiff could not sue correctional officers in the building.

14.      The plaintiff responded explaining that he would like a copy of this policy and asked if that was the case why wasnt he ever given

any notice that his mail was stop explaining whatever the reason was for stopping it. The plaintiff then requested that he be given back his mail explaining that he had no copies of the summons and complaint and that he had a particular time frame in which he had to serve the papers.

15.    Captin Hernandez then informed the plaintiff that he was not getting his mail back and that Deputy Rivera was out of the facility on MM and her office was locked anyway. Captin Hernandez then told the plaintiff that he was lucky for the eye in the sky and he and his team walked off stating that they were going to "get you".

16.    On July 2 2019 when the recall officer Bethea 5056 came on post to housing unit 9 north the plaintiff asked him how did his mail get from his hand and into the Security deps office, Bethea  responded by informing the plaintiff that he must be mistaken about something because he was certain that he signed in the book inside of security office and logged the plaintiff envelopes out. CO Bethea even described the envelopes and who they were address to and assurred the plaintiff that they had left the building.

17.    Exhibit-D is a copy of the log book inside of secuirty office and it doesnt show any indictations were any one of the four envelopes were logged out by co bethea 5056 or anyone else.

18.    At approx 2:00pm on July 2 2019 ADW Peoples came back to speak with the plaintiff about his mail situation informing that she was doing her own invetigation into the matter. She explained that she had spoken to ADW Rivera and Rivera had asked her to package all 6 of the envelopes up into another bigger envelope and address the envelope to New York City comptrollers office.

19.    ADW Peoples explained to the plaintiff that she did not feel

comfortable doing this because obviously each envelope had an address
on them already and she was not giving that order to anyone else to do.
She then asked the plaintiff if he wanted his six pieces of mail back.
In which the plaintiff informed that he needed them to be sent out because
of the time frame issue but that he would rather them back then loose
them. The plaintiff asked the ADW Peoples for something in writting explaining
why his mail was held without notice and what authority did the jail have
to do so.

20.     Present with ADW at the time of this conversation was mailroom
officer Martinez 1769. When she heard that the plaintiff would accept
his outgoing legal mail back she immediately walked out of the unit to
somehow go and retrieve said mail that was locked inside of ADW Riveras
office.

21.     Upon returning co Martinez 1769, handed the plaintiff six yellow
envelopes each address to diffrent legal entities.

22.     Upon expection the plaintiff saw that two of the six letters
/envelopes were mail that he had sent out prior to June 25 2019 and was
addressed to 1) a Defense Lawyer  and 2) the New York City Civilain Complaint
Review Board. Both correspondences having nothing to do with the serving
of the summons and complaint on staff at teh jail.

23.     Also upon expection the plaintiff saw that the envelope addressed
to correctional officer Festa 9725 had been open and closed back using
scotch tape. This was discovery before the plaintiff went into his cell
with the envelopes [ review the cctv footage ], also see exhibit-E.

24.      In the evening of July 2 2019 at aprox 5:30pm recall officer
Bethea 5056 entered the hosuing unit. When the plaintiff asked him why
he would lie about sending out his legal mail, co Bethea pulled him to
the side and informed him that mailroom officer Martinez 1769 had informed

him that he had to take any legal outgoing mail belongging to the plaintiff to the ADW Rivera for inspection. The plaintiff then asked co Bethea 5056 why would he commit fraud by signing his name that he had sent the mail out but then took it somewhere else.

25.     On July 2 2019 at approx 7:30 pm the plaintiff submitted a grievence to the facility grievence box in regards to the incident that had taken place throughout the day. See exhibit-F.

26.     On July 9 2019 the plaintiff filed another grievence in regards to another situation when his mail was being held and/or tampered with. See exhibit-G.

27.     On July 7 2019 the plaintiff submitted a foil request to NYC department or corrections foil officer Laura S. Mello  at 75-20 Atosia Blvd  East Elmhurst Ny 11370, being NYC Corrections headquaters. See exhibit-H. The foil officer failed to reply within the time restraints govenred by NYS freedom of information Law statue.

28.     On July 25 2019 the plaintiff submitted yet another grievence in regards to the grievence officer not coming to the housing unit to collect the grievences. See exhibit-I. **[NOTE: THIS GRIEVENCE WAS NEVER ANSWERED]**. The plaintiff also wrote his wife and told her to call 311 and make the same complaint in which he was later informed that she had do so.

29.     After the mail issue the plaintiff sent the summons and complaint to his wife and asked her to serve the documenst on the defendant(s) from outside the jail. See exhibit-J

30.     On July 11 2019 the front desk and mailroom at MDC recieved three envelopes serving the staff that worked at the jail in regards to the state complaint involing the plaintiff. See exhibit-K

31.     On August 5 2019 the plaintiff filed a grievence in regards to
the mailroom staff not wanting to give the plaintiff mail to the recall
officer to be delivered to him. See exhibit-L

32.     Also on August 5 2019 the plaintiff sent a letter to New York
City department of investigation in regrads to the grievence officer not
coming to housing unit to collect the grievences in the grievenc box.
This letter was also cced to NYC Board of Correction, MDC Warden, and
Southern District Magistrate Judge James L. Cott, who is the Judge on
a civil complaint that the plaintiff has pending against staff at M.D.C.
See exhibit-M

33.     On August 1 2019  the plaintiff filed a grievence at the facility
against the grievence officer A. Padillo for not collecting grievences
in housing unit 9 north grievence box. See exhibit-N

34.     On August 4 2019  the plaintiff filed yet another grievence in
regards to the same issue and explained within the grievence that Grievence
supervisor A. Padillo failure to answwer grievences is affecting the plaintiffs
exhustaion of remedies  which is needed before making a §1983 complaint.
See exhibit-O

35.     On August 6 2019 the plaintiff filed a grievence detailing how
staff at M.D.C conducted a search where a an co named "louis" searched
the plaintiff sale and stated that he was searching for documenatation
that the plaintiff had incriminating ADW Rivera. Documentation that was
taken out of the plaintiff's cell in a brown paper bag durring that search.
See exhibit-P

36.     In effort to obtain any documenatation explaining what happened
to his outgoing legal mail on July 2 2019 the plaintiff submitted two
more foil request one after the other was not replied to. See exhibit-

Q

37.    On July 3 2019 the plaintiff wrote a complaint/letter stating that he was being retaliated against for his grievences and complaint and sexually harrassed. This letter was sent to the following offices: NYC Department of investigations, Honorable Judge Del-Guidice, Clerk of the Court at the Southern District, Clerk of the Court at the civil branch New York state Supreme Court, and the New York City Police department. See exhibit-R

38.    On August 26 2019, though there is a open PREA investigation going on and a seperation facility wide between co Bethea 5056, co Bethea 5056 was present on the 9th floor of Manhattan detention Complex where he antagonize the plaintiff and threathen him. this incident was witnessesed by another correctional officer and the inmate in cell 1. See exhibit-S and T

39.    On  or about September 3 2019 the plaintiff recieved three large envelopes that was signed as being **"refuse"** send back to sender containing the summons and complaint that was sent to the jail to the defendant(s) in that matter. This was strange even after the plaintiff had reciepts showing that those envelopes had been delivered to the jail on July 11 2019.

40.    After review of a  packet labeled "<u>HOW TO SERVE LEGAL PAPERS</u>" that was sent to him by the clerk of the court from 60 Centre st, informing him how to serve legal papers in a state civil matter. See exhibit-U

41.    The plaintiff then tried agin to sereve the summons and complaint on the staff from M.D.C. this time sending the legal papers to New York City Department of Corrections headquaters at the boluvard building located at 75-20 Astoria blvd, East Elmhurst NY 11370. See exhibit-V

42.    On or about September 3 2019 the plaintiff sent out approx 19 pieces of mail to various banking institutions concerning matters for him and his wife.  All of the mail was returned to him via mailroom civilain

Green who informed the recall officer that he was not willing to mail any of the plaintiff's mail out.

43.     On Friday the plaintiff was able to speak with ADW Peoples who after  hearing the plaintiff situation, contacted mailroom officer Martinez and directed her to allow the 19 pieces of outgoing mail belongging to the plaintiff to be mailed out of the facility. Martinez told her to send it down.

44.     On Monday September 9 2019 the recall officer came up to deliver mail to the plaintiff. Exhibit-W is an envelope from the New York City Department of Corrections Legal Department who attempted to send the plaintiff legal documents that he requested using the freddom of information law statue. This letter was rejected by mailroom officer Martinez 1769 and sent back to the sender as if the plaintiff was no longer housed at the facility. As with that was the 19 pieces of outgoing legal mail that ADW Peoples  ordered mailroom officer Martinez 1769 to send out. The recall officer informed the plaintiff that mailroom officer Martinez 1769 said she was not sending out any of the plaintiff mail.

45.     On Tuesday September 10 2019 the recall officer delivered back to the plaintiff the three yellow envelopes containing the summons and complaint against staff at the jail that was addressed to NYC Dept of correctio headquaters.

46.     On September 10 2019 the plaintiff submitted a grievance in regards to this matter requesting an investigation and any form of documentation explaining why is this being done and how can he correct it. See exhibit-X

     PLEASE TAKE SPECIAL NOTICE: THAT THE FOLLOWING NAME STAFF WAS NOT NAMED HEREIN AS DEFENDANT(S) BECAUSE THE PLAINTIFF HAS SUBMITTED A STATE COMPLAINT AGAINST THME FOR CONSTITUTIONAL VIOLATIONS. THE PLAINTIFF

ONLY PERSUED STATE CHARGES BECAUSE HE WAS BEING DENIED HIS RIGHT TO FOIL
PROCESS WHICH HE KNEW TO BE A MUST FOR EXHUSATION BEFORE FILING A FEDERAL
COMPLAINT. THE PLAINTIFF WOULD LIKE TO CONVERT HIS STATE COMPLAINT TO BE
INCLUDED WITH THIS FEDERAL ONE IF THE MATTER OF EXHUSTAION WILL BE PARDON
DUE TO THE EVIDENCE HEREIN THAT SUPPORTS THAT THE GRIEVENCE SUPERVISOR
PLAYED A PART IN DENIAL OF EXHUSTAION. THE NAMES ARE AS FOLLOWED:

1. ADW RIVERA (SECURITY FULL BIRD NO SHEILD NO)

2. CAPTIN HERNANDEZ (SECURITY CAPTIN SHEILD NO 1806)

3. C.O. BETHEA (SHEILD NO 5056)

4. C.O. ESPINOZA (SHEILD NO 7769)

EXHIBIT-Y IS A COPY OF THE STATE COMPLAINT INCASE THE CLERK OF THIS
COURT AND/OR MAGISTRATE JUDGE IS WILLING TO CONVERT STATE MATTER OVER TO
BE INCLUDED WITH THIS COMPLAINT.

**INJURIES:**
IF YOU WERE INJURED AS A RESULT OF THESE ACTIONS, DESCRIBED YOUR INJURIES AND WHAT MEDICAL
TREAT MENT IF ANY, YOU REQUIRED AND RECEIVED.

Below is a list of the rights that were violated by the defendant(s)
actions:

1.      FIRST AMENDMENT
2.      FOURTH AMENDMENT
3.      SIXTH AMENDMENT
4.      FOURTEENTH AMENDMENT
5.      EIGHTH AMENDMENT
6.      THE RIGHT TO BE FREE FROM RETALIATION
7.      DEFIECIENT MANAGEMENT AND SUPERIOR REPONDENT
8.      CREATION AND MAINTAINING A CUSTOM POLICY
9.      FAILURE TO ENSURE THAT STAFF IS PROPERLY TRAINED

The plaintiff state complaint is in jepody of being dismissed
due to untimely service of legal papers, which was obviously the defendant(s)
named herein intentions

The plaintiff has a right to access the courts which as explained
herein that right was violated without explaination as to why and /or due
process.

The plaintiff has a right to be free from cruel and unusual punishment

## VI.      RELIEF:
STATE BRIEFLY WHAT MONEY DAMAGES OR OTHER RELIEF YOU WANT THE COURT TO ORDER.

49.      The plaintiff requests compensation in the amount of $1,000,000, one million dollars.

50.      The plaintiff request that each defendant named be releaved of the post that they currently hold were the violation(s) mentioned herein derived from.

51.      The plaintiff request INJUCNTION RELEIF in the following:

1. The inmates housed in housing unit 9 north outgoing mail be placed in a locked recentle box [AS PER DIRECTIVE] to be picked up only by facility mailroom staff.

2. That the inmates on housing unit 9 north incoming mail be delivered to the inmates only by facility mailroom staff just as all the other inmates throughtout the jail.

52.      The plaintiff also ask for any other relief that the court may deem to be just and proper.

## VII.      PLAINTIFF'S CERTIFICATION AND WARNINGS:
BY SIGNING BELOW, I CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF THAT:
(1) THE COMPLAINT IS NOT BEING PRESENTED FO AN IMPROPER PURPOSE (SUCH AS TO HARASS, CAUSE UNNECESSARY DELAY, OR NEEDLESSLY INCREASE THE COST OF LITIGATION); (2) THE CLAIMS ARE SUPPORTED BY EXISTING LAW OR BY A NONFRIVOLOUS ARGUMENT TO CHANGE EXISTING LAW; (3) THE FACTUAL CONTENTIONS HAVE EVIDENTIARY SUPPORT OR, IF SPECIFICALLY SO IDENTITIFIED, WILL LIKELY HAVE EVIDEBTIARY SUPPORT AFTER A REASONABLWE OPPORTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMENTS OF FEDERAL RULE OF CIVIL PROCEDURE 11.

I UNDERSTAND THAT IF I FILE THREE OR MORE CASES WHILE I AM A PRISONER THAT ARE DISMISSED AS FRIVOLOUS, MALICIOUS, OR FAILURE TO STATE A CLAIM, I MAY BE DENIED IN FORMA PAUPERIS STATUS IN FURTURE CASES.

I ALSO UNDERSTAND THAT PRISONERS MUST EXHAUST ADMINISTRATIVE PROCEDURES BEFORE FILING AN ACTION IN FEDERAL COURT ABOUT PRISONER CONDITIONS, 42 U.S.C. § 1997E(A), AND THAT MY CASE MAY BE DISMISSED IF I HAVE NOT EXHAUSTED ADMINISTRATIVE REMEDIES AS REQUIRED.

I AGREE TO PROVIDE THE CLERK'S OFFICE WITH ANY CHANGES TO MY ADDRESS. I UNDERSTAND THAT MY FAILURE TO KEEP A CURRENT ADDRESS ON FILE WITH THE CLERK'S OFFICE MAY RESULT IN THE DISMISSAL OF MY CASE.

EACH PLAINTIFF MUST SIGN AND DATE THE COMPLAINT. ATTACH ADDITIONAL PAGES IF NECESSARY. IF SEEKING TO PROCEED WITHOUT PREPAYMENT OF FEES, EACH PLAINT MUST ALSO SUBMIT AN IFP APPLICATION.

September 15 2019
_____
DATED

PLAINTIFF'S SIGNATURE

Alexander                              Williams Jr
_____    _____    _____
FIRST NAME           MIDDLE INITIAL     LAST NAME

Manhattan Detention Complex 125 White street New York New York 10013
_____
PRISON ADDRESS

New York                    New York              10013
_____    _____    _____
COUNTY, CITY                STATE                 ZIP CODE

DATE ON WHICH I AM DELIVERING THIS COMPLAINT TO PRISON AUTHORITIES FOR MAILING Sept

12, 2019

EXHIBIT-A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS: CRIMINAL TERM, PART 7
-----------------------------------------------------------------X
THE PEOPLE OF THE STATE OF NEW YORK,

                                            **LOCKDOWN ORDER**

              - against -

ALEXANDER WILLIAMS,                   Kings County
        BOOK & CASE # 1411801632       Indictment Number
        NYSID # 01897858L             2146/18
                         Defendant.
-----------------------------------------------------------------X

       WHEREAS the above-captioned defendant is before the Supreme Court, Kings County, PART 7 pending trial in the above-captioned case, wherein he is charged with Murder in the Second Degree, and other related charges, and

       WHEREAS this Court has been presented with clear and convincing evidence that this defendant, has solicited the aid of other persons to threaten, intimidate, and cause serious physical injury or death to witnesses, and has been engaging in other conduct that raises serious, well-founded and legitimate concerns, that he poses a continuing, significant risk to the safety of persons whom he perceives as being potential witnesses against him; and this Court finds that the imposition of each of the restrictive conditions of confinement on this defendant that are delineated in this order is essential to protect the integrity of the criminal proceedings against him and others and to assure the safety of potential witnesses and their families, and is required in this case.  It is

       ORDERED that pending further written order of this Court or another court of appropriate jurisdiction:

**Housing**

1)      The above-captioned defendant is to be housed in a highly secure area designated by the Department of Correction, preferably the lockdown area, on lock-in, to be separated from all other inmates in the area, in such a manner as to prevent him, to the extent possible, from communicating with or passing material to other inmates,

**Visits and Phone calls**

2)      Defendant is barred from having any visits other than with his attorney, Jeffrey Chabrowe, Esq.

3)      Defendant is precluded from making any telephone calls other than to his attorney, Jeffrey Chabrowe, at 917-529-3921.  A correction officer or captain shall dial such telephone number 917-529-3921 using the defendant's PIN number.  Moreover, the defendant's PIN number shall

EXHIBIT-B

Date: _6/18/19_
To: _Alexander Williams Jr._
Din #
NYSID # _B/C 141801632_
Index # _100910/19_

**Enclosed is a copy of your summons and complaint, which have been filed with the New York County Clerk. It is your responsibility to provide service of these papers on your adversary or adversaries by the date provided by law. (See attached instruction sheet.) The assigned index number is** _100910/19_ **.**

**Inmate Processing Clerk.**

EXHIBIT-C



NEW YORK CITY DEPARTMENT OF CORRECTION
**Cynthia Brann, Commissioner**

**Laura S. Mello**
Senior Counsel | FOIL Officer
75-20 Astoria Boulevard
East Elmhurst, New York 11370

718-546-0952
Fax 718-278-6001

August 23, 2019

Alexander Williams
141-18-01632
MDC
125 White Street
New York, New York 10038

    Re: FOIL Request
       FOIL #: 2020FR0337

Dear Mr. Williams:

    This is a final response to your request for records (copy enclosed) made pursuant to the New York State Freedom of Information Law. Enclosed please find MDC's 9 North logbook and the inmate withdrawal forms you requested.

    Please be advised that personally identifying information pertaining to other inmates has been withheld because disclosure of such would constitute an unwarranted invasion of privacy pursuant to the New York State Public Officers Law, Section 87(2)(b).

    Pursuant to the New York State Public Officers Law Section 89(4), you may, within thirty (30) days of receiving this letter, submit an appeal for any redacted or withheld information to Lisa Richardson, Deputy General Counsel / Records Appeal Officer, at the above address.

Very truly yours,

Avninder Ajula
Assistant General Counsel

5 SEP 2019 AM11:48

Enclosure
AA/amt

ATTACHMENT D

**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INMATE REQUEST FOR WITHDRAWAL OF FUNDS**

Form: WR1-1
Eff.: 06/01/12
Ref. Dir. 1600 R-A
Ref. Dir. 1606

COUNSELING UNIT

FACILITY  MDC

DATE  6/25/19

WITHDRAWAL # _____    CHECK # _____

I, Alexader Williams / 1411801632 / 9N
   Inmate's Name                    Book & Case #              Housing Area

respectfully request the following amount be withdrawn from my account and issued to the following person:

Amount to be forwarded: $ 2500    Payee: USPS  Cortefeed mail

The reason for this request is: Cortefeed mail

Inmate's signature: Alexader Williams   Employee's verification: _____

Area Supervisor's Approval: J _____   Date: 6/25/19

To be obtained personally by Cashier, seven days a week, 9 a.m. to 6 p.m.

PROPER PHOTO ID & PROOF OF ADDRESS REQUIRED

Type of ID presented: _____

To be mailed to: (Must be accompanied by a stamped, address envelope)

NYC Dept of Corrections Corrections / _____
Last Name Corrections Counsel.          First Name

100 church st  8th floor / NY / NY / 10007
Address                              City        State      Zip Code

          J  Bd

SIGNATURE DEPUTY WARDEN FOR ADMINISTRATION        SIGNATURE DEPUTY WARDEN FOR SECURITY

Check one: APPROVED ( J )  DISAPPROVED ( )    Check one: APPROVED ( )  DISAPPROVED ( )

I, _____ have received the above funds from the New York City Department of Correction.

Inmate Designee Name (Print)        Inmate/Designee Signature        Date

Witness Name (Print)        Witness Signature        Date

06/25/2019      New York City Department Of Correction      IFCAIT01
                  View/Print Inmate Transactions          I57799

BAC Number : <u>1411801632</u>

WILLIAMS,ALEXANDER

| Date | Description | Notes | Reference | Amount | Balance |
|---|---|---|---|---|---|
| 06/24/19 | VISIT DEPOSIT | POSTAGE REFUND | 1344267202 | 15.55 | 538.71 |
| 06/24/19 | PAYROLL | 256MDC6/17-6/23/2019 | 1344255065 | 10.80 | 523.16 |
| 06/24/19 | PAYROLL | 256MDC6/17-6/23/2019 | 1344255231 | 20.00 | 512.36 |
| 06/24/19 | POSTAGE/CERT. MAIL | W#269064 POSTAGE | 1344265962 ( | 25.00) | 492.36 |
| 06/21/19 | HAIRCUT/HAIRSTYLE | | 1344254129 ( | 2.00) | 517.36 |
| 06/20/19 | 3RD PARTY DEPOSITS | JPAY01 REMOTE DEP   9 | 1344249548 | 50.00 | 519.36 |
| 06/20/19 | COMMISSARY | | 1344249171 ( | 68.36) | 469.36 |
| 06/17/19 | PAYROLL | 251MDC 6/10-6/16/19 | 1344227400 | 20.00 | 537.72 |

```
     Available Balance    :    538.71      Unpaid Restitutions   :
     Total Balance        :    538.71      Held Check Balance    :
     Current Facility ID :MDC              Surcharge Balance     :
     Status              :DETAINED         Uncollected Surcharge:
     Filing Fee Balance  :                 Funds in Escrow       :
```

<Next>=Down Page    <Prev>=Up Page      <F2>=Print Report     <F11>=Exit
<F17>=Restitutions   <F18>=Phone Calls    <F20>=Date
Undefined function key

ATTACHMENT D



**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INMATE REQUEST FOR WITHDRAWAL OF FUNDS**

Form: WRI-1
Eff.: 06/01/12
Ref: Dir. 1600 R-A
Ref: Dir. 1605



COUNSELING UNIT

FACILITY _M. D. C_

DATE _6/25/9_

WITHDRAWAL # _____    CHECK # _____

I, _Slon Deewilleam_ / _14116016872_ / _9N_
Inmate's Name                    Book & Case #            Housing Area

respectfully request the following amount be withdrawn from my account and issued to the following person:

Amount to be forwarded: $ _25.00_    Payee: _USPS_

The reason for this request is: _Certefecd   mail_

Inmate's signature: _Slonde  oeewilleam_   Employee's verification: _Robinlett_

Area Supervisor's Approval: _J_ _____    Date: _6/25/19_

To be obtained personally by Cashier, seven days a week, 9 a.m. to 6 p.m.

PROPER PHOTO ID & PROOF OF ADDRESS REQUIRED

Type of ID presented: _____

To be mailed to: (Must be accompanied by a stamped, address envelope)

_FESTA  (sheild no 9720)_ / _correctional  ofc._
Last Name _Manhatten  Detention  Complex_     First Name

_120  White  St_ / _NY_ / _NY_ / _100B_
Address                          City          State      Zip Code

_T. Be_

SIGNATURE DEPUTY WARDEN FOR ADMINISTRATION          SIGNATURE DEPUTY WARDEN FOR SECURITY

Check one: APPROVED (✓)    DISAPPROVED ( )     Check one: APPROVED ( )    DISAPPROVED ( )

I, _____ have received the above funds from the New York City Department of Correction.

_____                _____ / _____
Inmate Designee Name (Print)            Inmate/Designee Signature      Date

_____                _____ / _____
Witness Name (Print)                    Witness Signature              Date

```
06/25/2019              New York City Department Of Correction        IFCAITO1
                           View/Print Inmate Transactions             I57799

BAC Number : 1411801632                    WILLIAMS,ALEXANDER

Date    Description         Notes                    Reference      Amount    Balance
06/24/19 VISIT DEPOSIT      POSTAGE REFUND            1344267202      15.55    538.71
06/24/19 PAYROLL            256MDC6/17-6/23/2019      1344255065      10.80    523.16
06/24/19 PAYROLL            256MDC6/17-6/23/2019      1344255231      20.00    512.36
06/24/19 POSTAGE/CERT. MAIL ##269064 POSTAGE          1344265962  (   25.00)   492.36
06/21/19 HAIRCUT/HAIRSTYLE                            1344254129  (    2.00)   517.36
06/20/19 3RD PARTY DEPOSITS JPAY01 REMOTE DEP   9     1344249548      50.00    519.36
06/20/19 COMMISSARY                                   1344249171  (   68.36)   469.36
06/17/19 PAYROLL            251MDC 6/10-6/16/19        1344227400      20.00    537.72
```

```
Available Balance     :   538.71       Unpaid Restitutions   :
Total Balance         :   538.71       Held Check Balance    :
Current Facility ID :MDC               Surcharge Balance     :
Status              :DETAINED          Uncollected Surcharge :
Filing Fee Balance  :                  Funds in Escrow       :
```

```
<Next>=Down Page     <Prev>=Up Page        <F2>=Print Report    <F11>=Exit
<F17>=Restitutions   <F18>=Phone Calls      <F20>=Date
Undefined function key
```

ATTACHMENT D



**CORRECTION DEPARTMENT**
**CITY OF NEW YORK**

**INMATE REQUEST FOR WITHDRAWAL OF FUNDS**

Form: WRI-1
Eff.: 06/01/12
Ref: Dir. 1500 R-A
Ref: Dir. 1608



COUNSELING UNIT

FACILITY _MDC_

DATE _6/25/19_

WITHDRAWAL # _____ CHECK # _____

1. _Celendir Williams_ / _1411801632_ / _9N_
   Inmate's Name                    Book & Case #        Housing Area

respectfully request the following amount be withdrawn from my account and issued to the following person:

Amount to be forwarded: $ _2500_     Payee: _USPS_

The reason for this request is: _Certified mail_

Inmate's signature: _[signature]_     Employee's verification: _[signature]_

Area Supervisor's Approval: _[signature]_     Date: _6/26/19_

To be obtained personally by Cashier, seven days a week, 9 a.m. to 6 p.m.

PROPER PHOTO ID & PROOF OF ADDRESS REQUIRED

Type of ID presented: _____

To be mailed to: (Must be accompanied by a stamped, address envelope)

_Captin Dillard (1878)_ / _Cornelearl_
Last Name                                First Name

_Manhattan Detein center_

_125 white st_ / _N.y._ / _N.y._ / _10013_
Address            City        State       Zip Code

_T. Ba_

SIGNATURE DEPUTY WARDEN FOR ADMINISTRATION          SIGNATURE DEPUTY WARDEN FOR SECURITY

Check one: APPROVED ( ✓ )   DISAPPROVED ( )          Check one: APPROVED ( )   DISAPPROVED ( )

I, _____ have received the above funds from the New York City Department of Correction.

Inmate Designee Name (Print) _____     Inmate/Designee Signature _____ / Date

Witness - Name (Print) _____     Witness Signature _____ / Date

```
06/25/2019              New York City Department Of Correction              IPCAIT01
                          View/Print Inmate Transactions                    I57799
      BAC Number : 1411801632
                                          WILLIAMS,ALEXANDER

Date    Description        Notes                    Reference      Amount      Balance
06/24/19 VISIT DEPOSIT     POSTAGE REFUND           1344267202      15.55      538.71
06/24/19 PAYROLL           256MDC6/17-6/23/2019     1344255065      10.80      523.16
06/24/19 PAYROLL           256MDC6/17-6/23/2019     1344255231      20.00      512.36
06/24/19 POSTAGE/CERT. MAIL W#269064 POSTAGE        1344265962 (   25.00)      492.36
06/21/19 HAIRCUT/HAIRSTYLE                          1344254129 (    2.00)      517.36
06/20/19 3RD PARTY DEPOSITS JPAY01 REMOTE DEP 9     1344249548      50.00      519.36
06/20/19 COMMISSARY                                 1344249171 (   68.36)      469.36
06/17/19 PAYROLL           251MDC 6/10-6/16/19      1344227400      20.00      537.72
```

```
        Available Balance    :  538.71        Unpaid Restitutions   :
        Total Balance        :  538.71        Held Check Balance    :
        Current Facility ID  :MDC             Surcharge Balance     :
        Status               :DETAINED        Uncollected Surcharge :
        Filing Fee Balance   :                Funds in Escrow       :
```

```
<Next>=Down Page      <Prev>=Up Page
<F17>=Restitutions  <F18>=Phone Calls        <F2>=Print Report     <F11>=Exit
Undefined function key                        <F20>=Date
```

ATTACHMENT D



## CORRECTION DEPARTMENT
## CITY OF NEW YORK
### INMATE REQUEST FOR WITHDRAWAL OF FUNDS



Form: WRI-1
Eff.: 06/01/12
Ref. Dir. 1500 R-A
Ref. Dir. 1500

COUNSELING UNIT

FACILITY  MDC
DATE  6/25/19

WITHDRAWAL # _____    CHECK # _____

1. _alodr ellelleon_ / 141180 1632 / _en_
Inmate's Name              Book & Case #         Housing Area

respectfully request the following amount be withdrawn from my account and issued to the following person:

Amount to be forwarded: $ _25.00_    Payee: _USPS_

The reason for this request is: _Certified mail_

Inmate's signature: _alodr ellelleas_   Employee's verification: _Peter Neil_

Area Supervisor's Approval: _J.___   Date: _6/25/19_

To be obtained personally by Cashier, seven days a week, 9 a.m. to 8 p.m.
PROPER PHOTO ID & PROOF OF ADDRESS REQUIRED
Type of ID presented: _____

To be mailed to: (Must be accompanied by a stamped, address envelope)

_Theis-Ledesma (Shedd 10105)_ / _Correctional ofe_
Last Name                                    First Name
_Manhatten detenten complex_
_125 white st_ / _NY_ / _NY_ / _10013_
Address              City        State        Zip Code
_T Bz_

SIGNATURE DEPUTY WARDEN FOR ADMINISTRATION   SIGNATURE DEPUTY WARDEN FOR SECURITY
Check one: APPROVED ( )  DISAPPROVED ( )   Check one: APPROVED ( )  DISAPPROVED ( )

I, _____ have received the above funds from the New York City Department of Correction.

Inmate Designee Name (Print) _____   Inmate/Designee Signature ___ Date ___

Witness Name (Print) _____   Witness Signature ___ Date ___

```
06/25/2019              New York City Department Of Correction          IFCAIT01
                          View/Print Inmate Transactions                 I57799
        BAC Number : 1411801632                WILLIAMS,ALEXANDER

Date    Description        Notes              Reference      Amount    Balance
06/24/19 VISIT DEPOSIT     POSTAGE REFUND     1344267202      15.55    538.71
06/24/19 PAYROLL           256MDC6/17-6/23/2019 1344255065    10.80    523.16
06/24/19 PAYROLL           256MDC6/17-6/23/2019 1344255231    20.00    512.36
06/24/19 POSTAGE/CERT. MAIL W#269064 POSTAGE   1344265962 (  25.00)    492.36
06/21/19 HAIRCUT/HAIRSTYLE                     1344254129 (   2.00)    517.36
06/20/19 3RD PARTY DEPOSITS JPAY01 REMOTE DEP  9 1344249548   50.00    519.36
06/20/19 COMMISSARY                            1344249171 (  68.36)    469.36
06/17/19 PAYROLL           251MDC 6/10-6/16/19  1344227400    20.00    537.72

        Available Balance    :     538.71   Unpaid Restitutions  :
        Total Balance        :     538.71   Held Check Balance   :
        Current Facility ID :MDC            Surcharge Balance    :
        Status              :DETAINED       Uncollected Surcharge:
        Filing Fee Balance  :               Funds in Escrow      :

<Next>=Down Page    <Prev>=Up Page    <F2>=Print Report    <F11>=Exit
<F17>=Restitutions  <F18>=Phone Calls  <F20>=Date
Undefined function key
```

EXHIBIT-D

160                                          1

| Date | Inmate Name | B/C# | # of Pages | Date |
|---|---|---|---|---|
| 3/18/19 | Williams, Alexander | 141-180-1632 | 5 | 3/18/19 |
| 3/18/19 | Williams, Alexander | 141-180-1632 | 6 | 3/18/19 |
| 3/19/19 | Williams, Alexander | 141-180-1632 | 6 | 3/19/19 |
| 3/20/19 | Williams, Alexander | 141 180 1632 | 3 | 3/20/19 |
| 3/20/19 | Williams, Alexander | 141 180 1632 | 5 | 3/20/19 |
| 3/21/19 | Williams, Alexander | 141 180 1632 | 100 | 3/21/19 |
| 3/21/19 | Williams, Alexander | 141 180 1632 | 4 | 3/21/19 |
| 3/21/19 | Williams, Alexander | 141 180 1632 | 2 | 3/21/19 |
| 3/21/19 | Williams, Alexander | 141 180 1632 | 1 | 3/21/19 |
| 3/21/19 | Williams, Alexander | 141 180 1632 | 1 | 3/21/19 |
| 3/21/19 | Williams, Alexander | 141 180 1632 | 2 | 3/21/19 |
| 4/8/19 | Williams, Alexander | 141 180 1632 | 6 | 4/8/19 |
| 4/8/19 | Williams, Alexander | 141 180 1632 | 7 | 4/8/19 |
| 4/8/19 | Williams, Alexander | 141 180 1632 | | 4/8/19 |
| 4/8/19 | Williams, Alexander | 141 180 1632 | 3 | 4/8/19 |
| 4/8/19 | Williams, Alexander | 141 180 1632 | 1 | 4/8/19 |
| 4/8/19 | Williams, Alexander | 141 180 1632 | 1 | 4/8/19 |
| 4/8/19 | Williams, Alexander | 141 180 1632 | 1 | 4/8/19 |
| 4/8/19 | Williams, Alexander | 141 180 1632 | 10 | 4/8/19 |
| 4/10/19 | Williams, Alexander | 141 180 1632 | 2 | 4/10/19 |
| 4/10/19 | Williams, Alexander | 141 180 1632 | 4 | 4/10/19 |
| 4/11/19 | Williams, Alexander | 141 180 1632 | 50 | 4/11/19 |
| 4/12/19 | Williams, Alexander | 141 180 1632 | 2 | 4/12/19 |
| 4/15/19 | Williams, Alexander | 141 180 1632 | 10 | 4/15/19 |
| 4/15/19 | Williams, Alexander | 141 180 1632 | 5 | 4/15/19 |
| 4/15/19 | Williams, Alexander | 141 180 1632 | | 4/15/19 |
| 4/15/19 | Williams, Alexander | 141 180 1632 | 2 | 4/15/19 |

162

| Date | Inmate Name | B/C #S | # Pages | Date |
|---|---|---|---|---|
| 4/15/19 | Williams, Alexander | 141 180 1632 | 2 | 4/15/19 |
| 4/15/19 | Williams, Alexander | 141 180 1632 | 2 | 4/15/19 |
| 4/16/19 | Williams, Alexander | 141 180 1632 | 2 | 4/16/19 |
| 4/17/19 | Williams, Alexander | 141 180 1632 | 1 | 4/17/19 |
| 4/17/19 | Williams, Alexander | 141 180 1632 | 10 | 4/17/19 |
| 4/17/19 | Williams, Alexander | 141 180 1632 | 3 | 4/17/19 |
| 4/17/19 | Williams, Alexander | 141 180 1632 | 2 | 4/17/19 |

| Date | Inmate Name | B/C #S | # Pages | Date |
|---|---|---|---|---|
| 4/19/19 | Williams, Alexander | 141 180 1632 | 1 | 4/19/19 |
| 4/19/19 | Williams, Alexander | 141 180 1632 | 0 | 4/19/19 |
| 4/19/19 | Williams, Alexander | 141 180 1632 | 1 | 4/19/19 |
| 4/19/19 | Williams, Alexander | 141 180 1632 | 2 | 4/19/19 |

| Date | Inmate Name | B/C #S | # Pages | Date |
|---|---|---|---|---|
| 4/22/19 | Williams, Alexander | 141 180 1632 | 20 | 4/22/19 |
| 4/22/19 | Williams, Alexander | 141 180 1632 | 6 | 4/22/19 |
| 4/22/19 | Williams, Alexander | 141 180 1632 | 4 | 4/22/19 |
| 4/22/19 | Williams, Alexander | 141 180 1632 | 1 | 4/22/19 |
| 4/22/19 | Williams, Alexander | 141 180 1632 | 2 | 4/22/19 |
| 4/22/19 | Williams, Alexander | 141 180 1632 | 2 | 4/22/19 |

| Date | Inmate Name | B/C #S | # Pages | Date |
|---|---|---|---|---|
| 4/24/19 | Williams, Alexander | 141 180 1632 | 2 | 4/24/19 |
| 4/24/19 | Williams, Alexander | 141 180 1632 | 2 | 4/24/19 |
| 4/24/19 | Williams, Alexander | 141 180 1632 | 2 | 4/24/19 |
| 4/24/19 | Williams, Alexander | 141 180 1632 | 2 | 4/24/19 |

| Date | Inmate Name | B/C #S | # Pages | Date |
|---|---|---|---|---|
| 4/28/19 | Williams, Alexander | 141 180 1632 | 7 | 4/28/19 |
| 4/28/19 | Williams, Alexander | 141 180 1632 | 2 | 4/28/19 |

| Date | Inmate Name | B/C #S | # Pages | Date |
|---|---|---|---|---|
| 4/29/19 | Williams, Alexander | 141 180 1632 | 1 | 4/29/19 |
| 4/29/19 | Williams, Alexander | 141 180 1632 | 5 | 4/29/19 |
| 4/29/19 | Williams, Alexander | 141 180 1632 | 20 | 4/29/19 |
| 4/30/19 | Williams, Alexander | 141 180 1632 | 4 | 4/30/19 |
| 4/30/19 | Williams, Alexander | 141 180 1632 | 10 | 4/30/19 |

164

| Date | Inmate Name | B/C #'s | # pages | Date |
|------|-------------|---------|---------|------|
| 5/2/19 | Williams, Alexander | 1411801632 | 2 | 5/2/19 |
| 5/2/19 | Williams, Alexander | 1411801632 | 1(b2) | 5/2/19 |
| 5/2/19 | Williams, Alexander | 1411801632 | 2 | 5/2/19 |
| 5/2/19 | Williams, Alexander | 1411801632 | 1 | 5/2/19 |

| 5/8/19 | Christa Williams | 1411801632 | 3 | 5/8/19 |

| 5/8/19 | Williams, Alexander | 1411801632 | 1 | 5/8/19 |
| 5/8/19 | Williams, Alexander | 1411801632 | 1 | 5/8/19 |
| 5/8/19 | Williams, Alexander | 1411801632 | 1 | 5/8/19 |
| 5/8/19 | Williams, Alexander | 1411801632 | 1 | 5/8/19 |
| 5/8/19 | Williams, Alexander | 1411801632 | 1 | 5/8/19 |
| 5/8/19 | Williams, Alexander | 1411801632 | 1 | 5/8/19 |
| 5/8/19 | Williams, Alexander | 1411801632 | 1 | 5/8/19 |

| 5/15/19 | Williams, Alexander | 1411801632 | 1 | 5/15/19 |
| 5/15/19 | Williams, Alexander | 1411801632 | 1 | 5/15/19 |
| 5/15/19 | Williams, Alexander | 1411801632 | 1 | 5/15/19 |
| 5/15/19 | Williams, Alexander | 1411801632 | 1 | 5/15/19 |
| 5/15/19 | Williams, Alexander | 1411801632 | 1 | 5/15/19 |
| 5/15/19 | Williams, Alexander | 1411801632 | 1 | 5/15/19 |
| 5/15/19 | Williams, Alexander | 1411801632 | 1 | 5/15/19 |

| 5/20/19 | Williams, Alexander | 1411801632 | 3 | 5/20/19 |
| 5/20/19 | Williams, Alexander | 1411801632 | 1 | 5/20/19 |
| 5/20/19 | Williams, Alexander | 1411801632 | 1 | 5/20/19 |
| 5/20/19 | Williams, Alexander | 1411801632 | 1 | 5/20/19 |

166

| Date | Name First | B+C | Pag | Date |
|------|------------|-----|-----|------|
| 5/21/19 | Williams, Alexander | 141 18 0 1632 | 2 | 5/21/19 |
| 5/21/19 | Williams, Alexander | 141 180 1632 | 1 | 8/21/19 |
| 5/21/19 | Williams, Alexander | H1 180 1632 | 1 | 5/21/19 |
| 5/21/19 | Williams, Alexander | H1 180 1632 | 5 | 5/21/19 |

| | | | | |
|------|------------|-----|-----|------|
| 6/16/19 | Alexander, Williams | 141 18 01632 | 3 | 6/16/19 |

| | | | | |
|------|------------|-----|-----|------|
| 6/26/19 | Williams, Alexander | 1411801632 | 1 | 6/26/19 |
| 6/26/19 | Williams, Alexander | 14118016 32 | 2 | 6/26/19 |
| 6/26/19 | Williams, Alexander | 141-18-01632 | 3 | 6/26/19 |
| 6/26/19 | Williams, Alexander | 141-18-01632 | R/5 | 6/26/19 |
| 6/26/19 | Williams, Alexander | 141-18-01632 | 1 | 6/26/19 |

| | | | | |
|------|------------|-----|-----|------|
| 6/26/19 | Williams, Alexander | 141 18 01632 | Mag | 6/26/19 |
| 6/26/19 | Williams, Alexander | 141 18 01632 | 1 | 6/26/19 |
| 6/26/19 | Williams, Alexander | 141 18 01632 | 2 | 6/26/19 |

| | | | | |
|------|------------|-----|-----|------|
| 6/26/19 | Alexander, Williams | 141 18 01632 | Several | 6/26/19 |

| | | | | |
|------|------------|-----|-----|------|
| 6/26/19 | Alexander, Williams | 141 18 01632 | Sev | 6/26/19 |

| | | | | |
|------|------------|-----|-----|------|
| 7/1/19 | Williams, Alexander | 141 18 01632 | Sev | 7/1/19 |

| | | | | |
|------|------------|-----|-----|------|
| 7/1/19 | Alexander, Williams | 141 18 01632 | Sev | 7/1/19 |

168

| Date | Inmate name | Book+Case | Page | Date |
|------|-------------|-----------|------|------|
| 7/2/19 | Williams, Alexander | 141801632 | Sev | 7/2/19 |
| 7/2/19 | Williams, Alexander | 141801632 | Sev | 7/2/19 |
| 7/2/19 | Williams, Alexander | 141801632 | Sev | 7/2/19 |
| 7/2/19 | Williams, Alexander | 141801632 | Pack | 7/2/19 |
| 7/3/19 | Williams, Alexander | 141801632 | Mag | 7/3/19 |
| 7/3/19 | Williams, Alexander | 141801632 | Mag | 7/3/19 |
| 7/3/19 | Williams, Alexander | 141801632 | Sev | 7/2/19 |
| 7/9/19 | Williams, Alexander | 141801632 | 1 | 7/9/19 |
| 7/9/19 | Williams, Alexander | 141180-1632 | Pack | 7/9/19 |
| 7/9/19 | Williams, Alexander | 141801632 | Mag | 7/9/19 |
| 7/23/19 | Williams, Alexander | 141801632 | Sev | 7/23/19 |
| 7/23/19 | Williams, Alexander | 141801632 | Sev | 7/23/19 |
| 7/24/19 | Williams, Alexander | 141801632 | Mag | 7/24/19 |
| 7/29/19 | Williams, A | 141801632 | | 7/29/19 |
| 7/29/19 | Williams, A | 141801632 | | 7/29/19 |
| 7/30/19 | Williams, A | 141801632 | | 7/30/19 |
| 7/30/19 | Williams, A | 141801632 | | 7/30/19 |
| 8/5/19 | Williams, A | 141801632 | | 8/5/19 |
| 8/5/19 | Williams, A | 141801632 | | 8/5/19 |
| 8/5/19 | Williams, A | 141801632 | | 8/5/19 |
| 8/5/19 | Williams, A | 141801632 | | 8/5/19 |
| 8/5/19 | Williams, A | 141801632 | | 8/5/19 |
| 8/5/19 | Williams, A | 141801632 | | 8/5/19 |
| 8/5/19 | Williams, A | 141801632 | | 8/5/19 |
| 8.6.19 | Alexander Williams | 141801632 | | 8/6/19 |
| 8.6.19 | Alexander Williams | 141801632 | | 8/6/19 |
| 8/8/19 | Williams, A | 141801632 | | 8/8/19 |

EXHIBIT-E





26 WHITE ST
NY, NY 10013

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage

Total Postage and Fees

Sent To   NYC Dept of Corr. Corp. Counsel
Street and Apt No., or PO Box No.   100 Church St 5th Fl.
City, State, ZIP+4°   NY, NY 10007

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7018 0680 0001 3408 0457

DEPARTMENT
OF CORRECTIONS
CORPORATION COUNSEL
100 CHURCH ST 5th FLOOR
NEW YORK NY 10007

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Mr. Anthony J. Gonzalez,
Plaintiff(s)

-against-

Mr. Felix Gonzalez,
Defendant(s)

SUMMONS

Index No.

Date Index No. ________, 2019

Manhattan Detention
125 White Street
New York NY 10013

7019 0140 0000 4835 8310

125 White Street
NY, NY 10013

EXHIBIT-F

ATTACHMENT - L



**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF CONSTITUENT AND GRIEVANCE**
**SERVICES**

**RETURN OF GRIEVANCE FORM**

**TO BE COMPLETED BY**
**GRIEVANCE COORDINATOR**

# 238311

Form: #7117R
Eff.: 9/14/18
Ref.: Dir.3376RA



| INMATE NAME AND BOOK AND CASE NUMBER: Alexander Williams 141-180-1632 | FACILITY: MDC | DATE OF GRIEVANCE: 07/15/2019 |
|---|---|---|
| HOUSING ASSIGNMENT: 9 North | | |

DATE GRIEVANCE RETURNED: _____

**THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):**

☐ This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

☐ There is no indication that you were personally affected by a Department or facility action or policy/procedure.

☐ This grievance appears to be on behalf of a group and group grievances are not permitted.

☐ This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

☐ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

☐ This grievance is not legible, understandable, presented in a courteous manner or contains excessive legal jargon.

☑ The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: _Inestigations_

☐ This grievance was not submitted within the ten (10) day timeframe. Unless you can show just reason(s) for this delay, this grievance /appeal will not be reviewed.

☐ The issue in this grievance was reviewed and addressed previously in Grievance # _____

☐ The grievance form submitted was not signed.

TIME STAMP          SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER          DATE OF RESPONSE

_July 15, 2019_

If you wish to proceed with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.:7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: ALEXANDER WILLIAMS | Book & Case #: 141-180-1632 | NYSID #: 018978 58L |
| --- | --- | --- |
| Facility: M.D.C | Housing Area: 9 NoRTh | Date of Incident: JULY 2 2019 | Date Submitted: JULY 2 2019 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** ON TODAY DATES I INQUIRED ABOUT SOME OUT=GOING MAIL THAT I SENT OUT WELL OVER WEK AGO TO BE SENT OUT CERTIFIED USING MONEY FROM MY ACCOUNT. THE OFFICER WORKING THE HOUSING UNIT FOR THE XXXXXXDAY WAS INFORMD BY THE MAILROOM OFICER THAT THE MONEY WAS APPROVED TO SEND OUT THE MAIL BUT THAT HE DIDNT HAVE IT YET BECAUSE IT WAS HELD INSIDE OF SECURITY OFFICE. THE CIVILIAN IN THE MAILROOM WENT ON TO EXPLAIN THAT HE WAS TOLD ABOUT WHAT EXACTLY INSIDE OF THE ENVELOPE AND THAT I WAS SERVING MULTIPLE OFFICERS IN A CIVIL LAWSUIT AGAINST THE JAIL.

CONTINUE ON NEXT PAPER.

**Action Requested by Inmate:** I WOULD LIKE TO BE SEEN BY ID TO INVESTIGATE THIS MATTER AND THE PEOPEL WHO ARE INVOLVED IN THIS COMPLAINT PLEASE .

**Please read below and check the correct box:**

| | Yes | No |
| --- | --- | --- |
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☑ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☑ |
| Have you filed this grievance with a court or other agency? | ☐ | ☑ |
| Did you require the assistance of an interpreter? | ☐ | ☑ |

| Inmate's Signature: | Date of Signature: July 2 2019 |
| --- | --- |

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # ROG | Category: Correspondence/mail |
| --- | --- | --- |
| 2019 JUL 16 A 9:11 OAS NYC DEPT CORRECTION CONSTITUENT/GRIEVANCE | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |




# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19

Inmate's Name:
Alexale Wallace

Date:
July 2 2019

Book and Case Number:
141180163Z

Date of Birth:
02-08-1981

Age:
38

Housing Area:
9N

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

on the above date officer botha (5056) shold my out going mail and read it. when I informed captins and get my mail back he stated to me that "I thought our relationship was on DL" and "you do got a fat ass and I cant allow you to send that out against my officer" he then stood in front of my cell and denied me from calling my lawyer and then he denied Trevar lewis 3rd cell from calling his lawyer once he noticed that we have the same private attorney and heard me asking him to tell jeff what was going on.

Jeffrey Chartorwic ESQ is lawyer for myself and inmate Trevor Lewis

Inmate's Signature:
Alexler Wallace

Date:
July 2 2019

Witness by (print name):

Witness Signature:

Rank:

Shield Number:

EXHIBIT-G

ATTACHMENT - L



| CITY OF NEW YORK<br>DEPARTMENT OF CORRECTIONS<br>OFFICE OF CONSTITUENT AND GRIEVANCE<br>SERVICES<br><br>RETURN OF GRIEVANCE FORM | TO BE COMPLETED BY<br>GRIEVANCE COORDINATOR<br><br># _238292_ | Form: #7117R<br>Eff.: 9/14/18<br>Ref.: Dir.3376RA |
| --- | --- | --- |



| INMATE NAME AND BOOK AND CASE NUMBER:<br>Alexander Williams Jr 1411801632 | FACILITY:<br>MDC | DATE OF GRIEVANCE:<br>08/09/2019 |
| --- | --- | --- |

HOUSING ASSIGNMENT: 9 North

DATE GRIEVANCE RETURNED: _____

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☐ This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

☐ There is no indication that you were personally affected by a Department or facility action or policy/ procedure.

☑ This grievance appears to be on behalf of a group and group grievances are not permitted.

☐ This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

☐ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

☐ This grievance is not legible, understandable, presented in a courteous manner or contains excessive legal jargon.

☐ The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: _____

☐ This grievance was not submitted within the ten (10) day timeframe. Unless you can show just reason(s) for this delay, this grievance /appeal will not be reviewed.

☐ The issue in this grievance was reviewed and addressed previously in Grievance # _____

☐ The grievance form submitted was not signed.

| TIME STAMP | SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER | DATE OF RESPONSE<br>8/9/2019 |
| --- | --- | --- |

If you wish to proceed with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R-A
Eff: 9/14/18
Ref: Dir. 3376R-A

| Inmate's Name: ALEXANDER WILLIAMS JRT GMHD | Book & Case #: 141-180-1632 | NYSID #: 018 978 58L |
|---|---|---|
| Facility: MANHATTAN DETENTION COMPLEX | Housing Area: 9 NORTH | Date of Incident: JULY 9 2019 | Date Submitted: JULY 10 2019 |

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** ON JULY 8 2019 THE PHONE OFFICER INFORMED ME THAT I AND OTHER INMATES ON THE UNIT HAD INCOMING MAIL BUT THAT THE OFFICER WHO PICKED IT UP FROM THE MAILROOM TOOK THE MAIL STRIAGHT TO M.D.C SECURITY OFFICE. ON JULY 9 AT APPROX 11:00AM UNIT 9 NORTH OFFICER CALLED THE SECURITY OFFICE AND SPOKE WITH SECURITY CAPOTIN HERNANDEZ WHO INFORMED HIM THAT NONE OF THE INMATES ON 9 NORTH MAIL WAS BEING HELD IN SECURITY OFFICE.

AT APPOX 11:30 SECURTY CAPTIN BERNARD MATHIS CAME INTO THE UNIT 9 NORTH WHERE I QUESTIONED AS TO THE LOCATION OF MY MAIL. HE RESPONDED BY INFORMING ME THAT HE WAS UPSET BECUASE OF A FOIL I SUBMITTED DIRECTLY TO HIM AND NINE OTHER M.D.C OFFICALS ASKING FOR → on Bkd

**Action Requested by Inmate:** I WOULD LIKE AN OFFICAL INVESTIGATION DONE BY AN OUTSIDE AGENCY FOR THE RETALIATION TO STOP AND FOR THE MAIL INCOONG AND OUTGOING TO STOP BEING TAMPERED WITH

### Please read below and check the correct box:

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | | ☐ | ☒ |
| Do you need the OCGS staff to write the grievance for you? | | ☐ | ☒ |
| Have you filed this grievance with a court or other agency? | | ☐ | ☒ |
| Did you require the assistance of an interpreter? | | ☐ | ☒ |

| Inmate's Signature: | Date of Signature: JULY 10 2019 |
|---|---|

**FOR DDC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR.

| TIME STAMP | Grievance Reference #: ROG | Category: (4) Retaliance/Mail |
|---|---|---|
| | Office of Constituent and Grievance Services Coordinator/Officer Signature: | |

EXHIBIT-H

ALEXANDER WILLIAMS 141-1801632
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NEW YORK 10013

RE: FREEDON OF INFORMATION LAW REQUEST                    JULY 7 2019

TO WHOM IT MAY CONCERN:


  I AM WRITINGYOUR OFFICE TODAY IN PURSUANT TO NEW YORK STATE FREEDOM
OF INFORMATION LAW STATUE 552(A).

  I AM ALSO AWARE THAT IF AN INMATE OUT-GOING AND IN-COMING MAIL IS
TO BE STOPPED AND SEARCH THAT HE/SHE MUST BE PLACED ON A FACILITY MAIL
WATCH AND MUST HAVE BEN SEVERED NOTICED OF SUCH. PLEASE TAKE NOTICE THAT
I HAVE NEVER BEEN SERVED ANY DOCUMENETATION AS TO BEING ON A MAIL WATCH
AND MY JUDGE SPECIFICALLY INFORMED ME AND MY ATTORNEY THAT HE NOR THE DISTRICT
ATTORNEY PERSIDING OVER MY CRIMINAL CASE HAS A WARRANT OR HAS REQUESTED
THAT NYC DOCS STOP AND/OR OPEN AND SEARCH MY OUT-GOING MAIL.

  UNDER THE FREEDOM OF INFORMATION LAW STATUE I REQUEST DOCUMENTATION
AND OTHER INFORMATION AS FOLLOWED:

1. COPIES OF UNIT 9 NORTH LOG BOOK ENTRIES ON JULY 2ND 2019 STARTING
AT APPROX 11:00-2:30 PM IN REGARDS TO MYSELF AND OUT-GOING MAIL.

2. COPIES OF DOCUMENTATION EXPLAINING WHAT POLICY WAS USED OR WHAT
FACILITY RULE DID I BREAK THAT WARRANTED MY OUT-GOING MAIL TO MY ATTORNEY
AND THE CORPORATION COUNSEL AS WELL AS THE CERTIFIED MAIL SERVING C.O'S
IN A LEGAL MATTER IN CIVIL LITIGATION.

3. COPIES OF DOCUMENATION FROM THE SECURITY CAPTINS AND SECURITY DEPUTY
RIVERIA EXPLAINING WHY WAS MY OUT-GOING MAIL TRANFEERED TO HER OFFICE,
WHY WASNT I GIVEN NOTIFICATION OF MY MAIL BEING SENT TO HER OFFICE AND
HOW MANY DAYS THAT SAID MAIL WAS LOCKED INSIDE OF HER OFFICE.

4. COPIES OF UNIT 9 NORTH CCTV FOOTAGE FROM GENTIC ON JULY 2ND 2019 STARTING AT APPROX 11:00AM-2:30PM.

IF THERE IS ANY FEES THAT MAY ACOMPANY THIS REQUEST I ASK THAT YOU INFORM ME OF THE TOTAL AND WHO AND WHERE I MUST ADDRESS THE CHECK OR MONEY ORDER FOR PAYMENT TO.

IF FOR ANY REASON THIS REQUEST IS DENIED IN PARTIAL OR IN COMPLETE PLEASE BE SURE TO MAKE CERTAIN THAT YOU NAME THE STATUE AND THE LAW THAT SUPPORTS SUCH DENIAL. PLEASE ALSO INCLUDE THE NAME AND ADDRESS OF WHO I MAY WRITE TO IN ORDER TO APPEAL YOUR DECISION.

PLEASE TAKE NOTICE THAT YOUR OFFICE MUST RESPOND TO THIS FOIL REQUEST WITHIN (10) BUSINESS DAYS WHICH IS THE AMOUNT OF TIME THAT GORVERNS THE RESPONSE PERIOD ALLOWED BY THE STATUE 552(A).

I AM HOPEFUL THAT I WILL HEAR FROM YOU SOON IN REGARDS TO THIS REQUEST. THANK YOU FOR YOUR TIME AND ASSISTANCE IN THIS MATTER.

SINCERELY SUBMITTED

ALEXANDER WILLIAMS


CC: LAURA S. MELLO
SENIOR COUNSEL
75-20 ASTORIA BLVD
QUEENS NY 11370

RECORD ACCESS OFFICER
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

DEPUTY RIVERIA
SECURITY DEP
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

DEPUTY PEOPLES
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

CAPTIN COATTMAN
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

SHERMA DUNBAR (WARDEN)
MANAHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

C.O. BETHEA (5056)
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

C.O. MARTINEZ (MAILROOM OFFICER)
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

CAPTIN BERNARD MATHIS
SECURITY CAPTIN
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

CAPTIN J HERNANDEZ
SECURITY CAPTIN
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NY NY 10013

BOARD OF CORRECTIONS
RECORDS ACCESS OFFICER
455 1ST AVENUE
NY NY 10016

DEPARTMENT OF INVESTIGATION
CITY OF NEW YORK
80 MAIDEN LANE
NY NY 10038

ALEXANDER WILLIAMS 141-180-1632
125 WHITE STREET
NY NY 10013

EXHIBIT-I

**CITY OF NEW YORK - DEPARTMENT OF CORRECTION**
OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

Inmate's Name: Alexander williams

Book & Case #: 14118016 IJ

NYSID #:

Facility: M.D.C

Housing Area: 9 North

Date of Incident: 7-25-19

Date Submitted: 7-25-19

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp this statement and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

Grievance: the grievance person responsible for collecting grievance on housing unit 9 north hasn't been here to check grievance box in weeks I believe she is being told not to collect and file grievances from housing unit 9north out of retaliation from M.D.C. officials

Action Requested by Inmate: Stop refusing to collect grievances

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☒

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☒

Have you filed this grievance with a court or other agency?   Yes ☐   No ☒

Did you require the assistance of an interpreter?   Yes ☐   No ☒

Inmate's Signature: alexander williams

   Yes ☒   No ☒

Date of Signature: 7-25-19

**FOR DOC OFFICE USE ONLY**

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

TIME STAMP

Grievance Reference #

Category:

Office of Constituent and Grievances Services Coordinator/Officer Signature:

EXHIBIT-J

## DECLARATION OF SERVICE BY MAIL

I, **CRYSTAL ANN WILLIAMS** DECLARE UNDER PENALTY OF PERJURY, THAT I

ON **JULY** _8_ 2019, I SERVED THE DEFENDANT(S) NAMED IN INDEX NO. _100910/_

_2019_ AND/OR LAW DEPARTMENT NO. _2019-047017_ , **SUMMONS AND COMPLAINT BOTH DATED**

_JUNE_ _7_ **2019**, UPON THE FOLLOWING INDIVIDUAL BY DEPOSITING A COPY

OF SAME, ENCLOSED IN A FIRST-CLASS POSTPAID PROPERLY ADDRESSED WRAPPER,

IN A POST OFFICE/OFFICIAL DEPOSITORY UNDER THE EXCLUSIVE CARE AND CUSTODY

OF THE **UNITED STATES POSTAL SERVICE**, WITHIN THE STATE OF NORTH CAROLINA,

DIRECTED TO THE DEFENDANT(S) AT THE ADDRESS SET FORTH BELOW, BEING THE

ADDRESS DESIGNATED BY THE DEFENDANT(S) FOR THAT PURPOSE:

**CAPTIN DILLARD (SHIELD NO. 1873)**
**MANHATTAN DETENTION COMPLEX**
**125 WHITE STREET**
**NEW YORK NY 10013**

**CORRECTIONAL OFFICER**
**FESTA (SHEILD NO. 9725)**
**MANHATTAN DETENTION COMPLEX**
**125 WHITE STREET**
**NEW YORK NY 10013**

**CORRECTIONAL OFFICER ALEUS-LEDIAN (SHEILD NO. 10115)**
**MAHATTAN DETENTION COMPLEX**
**125 WHITE STREET**
**NEW YORK NY 10013**

**NEW YORK CITY DPARTMENT OF CORRECTIONS**
**100 CHURCH ST 5TH FL**
**NEW YORK NY 10007**

DATED: **SEETEMBER** _4_ 2019
C **RALIEGH NC**

_Crystal Ann Williams_
**SIGNATURE**
**CRYSTAL ANN WILLIAMS**
**304 LYME COURT**
**RALIEGH NC 27609**

C
SWORN TO BEFORE ME ON THIS _4th_ DAY
OF SEPTEMBER 2019

_____
NOTARY PUBLIC



EXHIBIT-K







TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATION...

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70190700000051391263 (NYC)                    Remove ✕

**Expected Delivery on**

# THURSDAY

# 11 JULY 2019 ⓘ    by 8:00pm ⓘ

Feedback

## ⊘ Delivered

July 11, 2019 at 10:43 am
Delivered, To Agent
NEW YORK, NY 10007

**Get Updates** ⌄

---

Text & Email Updates                                      ⌄

---

Tracking History                                          ⌄

---

Product Information                                       ⌄

---

**See Less** ⌃

**TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATION...**

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package  +

**Tracking Number:** 70190700000051391232 (Festa)                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:43 am on July 11, 2019 in NEW YORK, NY 10013.

## ✅ Delivered

July 11, 2019 at 9:43 am
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10013

**Get Updates** ⌄

Feedback

---

Text & Email Updates                                      ⌄

---

Tracking History                                          ⌄

---

Product Information                                       ⌄

---

**See Less** ⌃

**TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATION...**

# USPS Tracking® FAQs 〉 (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package ✛

**Tracking Number:** 70190700000051391249 (Aleus)                    Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:43 am on July 11, 2019 in NEW YORK, NY 10013.

✅ **Delivered**

July 11, 2019 at 9:43 am
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10013

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌄

---

**Product Information**                                           ⌄

---

See Less ⌃

TROPICAL STORM THREATENS GULF COAST. SEE IMPACTS TO USPS OPERATION...

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70190700000051391256 (Dillard)     Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:43 am on July 11, 2019 in NEW YORK, NY 10013.

## ✓ Delivered

July 11, 2019 at 9:43 am
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10013

Get Updates ⌄

Feedback

| | |
|---|---|
| Text & Email Updates | ⌄ |
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

```
========================================
        CPU DEBBYS HALLMARK
        6116 FALLS OF NEUSE RD
        RALEIGH, NC 27609-3528
             366356-5555
             (800)275-8777
         07/08/2019 02:37 PM
========================================
========================================

Product          Qty   Unit    Price
                       Price
----------------------------------------
PM 2-Day          1    $7.35   $7.35
Flat Rate Env
   (Domestic)
   (NEW YORK, NY  10013)
   (Flat Rate)
   (Expected Delivery Day)
   (Wednesday 07/10/2019)
Certified                      $3.50
   (USPS Certified Mail #)
   (70190700000051391256)
Return Receipt                 $2.80
   (USPS Return Receipt #)
   (9590940249869068807561)
PM 2-Day          1    $7.35   $7.35
Flat Rate Env
   (Domestic)
   (NEW YORK, NY, 10007)
   (Flat Rate)
   (Expected Delivery Day)
   (Wednesday 07/10/2019)
Certified                      $3.50
   (USPS Certified Mail #)
   (70190700000051391263)
Return Receipt                 $2.80
   (USPS Return Receipt #)
   (9590940249869063807578)
PM 2-Day          1    $7.35   $7.35
Window FR Env
   (Domestic)
   (NEW YORK, NY  10013)
   (Flat Rate)
   (Expected Delivery Day)
   (Wednesday 07/10/2019)
Certified                      $3.50
   (USPS Certified Mail #)
   (70190700000051391249)
Return Receipt                 $2.80
   (USPS Return Receipt #)
   (9590940249869063807554)
PM 2-Day          1    $7.35   $7.35
Window FR Env
   (Domestic)
   (NEW YORK, NY  10013)
   (Flat Rate)
   (Expected Delivery Day)
   (Wednesday 07/10/2019)
Certified                      $3.50
   (USPS Certified Mail #)
   (70190700000051391232)
Return Receipt                 $2.80
   (USPS Return Receipt #)
   (9590940249869063807547)
Neon Celebrate!  20    $0.55   $11.00
----------------------------------------
Total:                         $65.60
----------------------------------------
```

```
        DEBBYS HALLMARK SHOP
      6116 Falls of the Neuse RD
          Raleigh, NC 27609
            (919) 872-7723


FOREVER STAMP
   400020735423               65.60

SUBTOTAL                      65.60
TOTAL                         65.60

CREDIT                        65.60


MASTERCARD    SALE USD$ 65.60
XXXXXXXXXXXXXX0695  CHIP
APPR: 143188
JOURNAL: 0186056261107805
AID: A000000041010
TC: FEE0DDE877F59F4C
NO CVM


ITEMS SOLD: 1

Tran Code: 07I 197D 005 0312
```



```
186THEUSER                    5 # 90
Register: REG5        Jul 08 2019 2:38 PM

    I AGREE TO PAY THE ABOVE AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT.

Debby's Hallmark stands behind the quali
our product. If for any reason you are
not completely satisfied with any of our
product, simply return it for a refund
   or exchange within 30 days of the
   original purchase date. With receipt,
   choose from a refund or an exchange.
Without a receipt, receive an exchange
   valued at the current retail selling
              price.


      Sale Items are not returnable.
      Facebook: Debby's Hallmark
      Instagram: @hallmarkcreations
```

EXHIBIT-L

ATTACHMENT - L



| CITY OF NEW YORK<br>DEPARTMENT OF CORRECTIONS<br>OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES<br><br>RETURN OF GRIEVANCE FORM | TO BE COMPLETED BY<br>GRIEVANCE COORDINATOR<br><br># 238330 | Form: #7117R<br>Eff.: 9/14/18<br>Ref.: Dir.3376RA |



| INMATE NAME AND BOOK AND CASE NUMBER:<br>Alexander Williams 141-180-1632 | FACILITY:<br>MDC | DATE OF GRIEVANCE:<br>08/09/2019 |

**HOUSING ASSIGNMENT:** 9 North

DATE GRIEVANCE RETURNED: _____

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

- [ ] This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

- [ ] There is no indication that you were personally affected by a Department or facility action or policy/procedure.

- [ ] This grievance appears to be on behalf of a group and group grievances are not permitted.

- [ ] This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

- [ ] This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

- [ ] This grievance is not legible, understandable, presented in a courteous manner or contains excessive legal jargon.

- [ ] The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: _____

- [ ] This grievance was not submitted within the ten (10) day timeframe. Unless you can show just reason(s) for this delay, this grievance /appeal will not be reviewed.

- [x] The issue in this grievance was reviewed and addressed previously in Grievance # **328292**

- [ ] The grievance form submitted was not signed.

| TIME STAMP | SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER | DATE OF RESPONSE |
| | | 8/9/19 |

If you wish to proceed with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Alexandr William MD

**Book & Case #:** 141-18-01632

**NYSID #:** 01897858L

**Facility:** M.D.C.

**Housing Area:** 9 North

**Date of Incident:** 8-5-19

**Date Submitted:** 8-5-19

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** The recall officer has been attempting to catch mailroom officer espedrocus in mailroom for over a week now to collect incoming mail for the inmates on housing dent 9 north the mailroom officer is never inside of the mailroom nor she does she respond to codes calls either he calls her

**Action Requested by Inmate:** please create a system that will solve this problem.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff? Yes ☐ No ☒

Do you need the OCGS staff to write the grievance for you? Yes ☐ No ☒

Have you filed this grievance with a court or other agency? Yes ☐ No ☒

Did you require the assistance of an interpreter? Yes ☒ No ☒

**Inmate's Signature:** [signature]

**Date of Signature:** 8-5-19

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**

**Grievance Reference #** RDG

**Category:** Correspondence/mail

**Office of Constituent and Grievances Services Coordinator/Officer Signature:**

EXHIBIT-M

Alexander Williams 141180632
Manhattan Detention Complex
125 white St
New York N.y 10013

RE: complaint of failure to          August 5, 2019
Collet grievence

Department of envestigation
City of New York
80 Maiden lane
New York. N-y 10038

Dear Ser and/or madam;

                    I am writing your office today to
report the fact that the grievence officer
here at Manhattan Detention complex has
not been coming to eret a narth and
Collecting grievences).
                    feling a grievence is the oly
way to keep on file record on the
complants are made when detained within
N.Y.C Jails
                    they have to be answered within
a Certain time frame govened within

the grievences Derective. filing a grievence is also a meet either exhaustion of all remend are mandatary before bringging civil actiion ender some statues

So feeling to callect and entertain grievences May-be Taken as being denied access to the courts ar act of retaliat by facility officials

I am hopeful that your department will address this issue here at Manhatten Detention complex.

please be so kind to enform me that you are in receipt of this Correspondence.

Sincerely
Alxander Wlliams jr.

cc: Magistrate Judge                    Alxander Wlliams
    James L Cott                        141180l632
    40 foley square                     125 white st
    New York, Ny-10007                  New York NY 1001

    Board of Correctiens                Warden Denbar
    455 1st avenue                      Manhatten D comple
    NY. N.Y 10016                       125 white st
                                        N.y. Ny 10018

EXHIBIT-N

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Alexander Welleams

**Book & Case #:** 1411801632

**NYSID #:**

**Facility:** M.D.C

**Housing Area:** 9 North

**Date of Incident:** 8-1-19

**Date Submitted:** 8-2-19

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** the grievance office hasnt been Collecting grievances, and returning grievance responce wiethin tine been mentioned wiethes grievance dir. This act is essteaily prohebetine me from acess the caart because Remendy Exhuastea is a meet in Mony civil actions braight before the caarts cecher grievance are not collected I can not praperly fiele ad derenit that excedent lean shace

**Action Requested by Inmate:** Pleese stert coming to chect grievance box ewretly, ead ensurr ecwithin tine collatted i Der.

**Please read below and check the correct box:**

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | ☐ | ☒ |
| Do you need the OCGS staff to write the grievance for you? | ☐ | ☒ |
| Have you filed this grievance with a court or other agency? | ☐ | ☒ |
| Did you require the assistance of an interpreter? | ☐ | ☒ |
| | ☒ | ☒ |

**Inmate's Signature:** alexendr Wellleams

**Date of Signature:** 8-2-19

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP**

**Grievance Reference #**

**Category:**

**Office of Constituent and Grievances Services Coordinator/Officer Signature:**

EXHIBIT-O

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Alexander Mellen

**Book & Case #:** 1411801638

**NYSID #:**

**Facility:** MDC

**Housing Area:** 9 north

**Date of Incident:** 8-4-19

**Date Submitted:** 8-4-19

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** on Senday August 4 2019 I attempted to call 311 to report that MDC grievance officer has not been taking grievances out of box & directing exist to return grievances on schedule as all remedies are meet before taking complaint to next level. I am being denied my right to do so

**Action Requested by Inmate:** unblock Pis allowing me to call 311 or give me notice as to why I can't contact 311

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☒

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☒

Have you filed this grievance with a court or other agency?  Yes ☐  No ☐

Did you require the assistance of an interpreter?  Yes ☐  No ☒

**Inmate's Signature:** Alexander Mellen

**Date of Signature:** 8-4-19

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT-P

ATTACHMENT - L



**CITY OF NEW YORK**
**DEPARTMENT OF CORRECTIONS**
**OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES**

**RETURN OF GRIEVANCE FORM**

| TO BE COMPLETED BY GRIEVANCE COORDINATOR | Form: #7117R |
|---|---|
| # 238322 | Eff.: 9/14/18 |
| | Ref.: Dir.3376RA |



| INMATE NAME AND BOOK AND CASE NUMBER: Alexander Williams 141-180-1632 | FACILITY: MDC | DATE OF GRIEVANCE: 08/09/2019 |
|---|---|---|

**HOUSING ASSIGNMENT:** 9 North

DATE GRIEVANCE RETURNED: _____

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

- [ ] This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

- [ ] There is no indication that you were personally affected by a Department or facility action or policy/procedure.

- [ ] This grievance appears to be on behalf of a group and group grievances are not permitted.

- [ ] This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

- [ ] This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

- [✓] This grievance is not legible, understandable, presented in a courteous manner or contains excessive legal jargon.

- [ ] The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: _____

- [ ] This grievance was not submitted within the ten (10) day timeframe. Unless you can show just reason(s) for this delay, this grievance /appeal will not be reviewed.

- [ ] The issue in this grievance was reviewed and addressed previously in Grievance # _____

- [ ] The grievance form submitted was not signed.

| TIME STAMP | SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER | DATE OF RESPONSE |
|---|---|---|
| | _O Statton_ | 8/9/19 |

If you wish to proceed with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.

# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** Alexander McClean

**Book & Case #:** 1411801630

**NYSID #:** 01897858L

**Facility:** U.S.C.

**Housing Area:** 9 North

**Date of Incident:** 8-6-19

**Date Submitted:** 8-6-19

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** on 8-6-19 Appx 8-9 am the team conducted a facility search. my cell is my cell. when they got to my cell "C.o. Lewis" asked where is the lawsuit against my dep he conducted a search silent though my legal documents until he found a original documents that i was elevating in a pursuant to current cell litegation against official at U.S.C. he placed at in Brown Bag and decembered

**Action Requested by Inmate:** please stop the retaliation and return the original documents that were taken

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?  Yes ☐  No ☑

Do you need the OCGS staff to write the grievance for you?  Yes ☐  No ☑

Have you filed this grievance with a court or other agency?  Yes ☐  No ☑

Did you require the assistance of an interpreter?  Yes ☐  No ☑

**Inmate's Signature:** Alexander McClean

**Date of Signature:** 8-6-19

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP** 2019 AUG -9 A 10:30
NYC DEPT CORRECTION
INSTITUTION & GRIEVANCE SVC

**Grievance Reference #** ROG

**Category:**

**Office of Constituent and Grievances Services Coordinator/Officer Signature:**

EXHIBIT-Q

ALEXANDER WILLAIMS JR 141-180-1632
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NEW YORK 10013

RE: FOIL & PERSERVATION LETTER                    AUGUST 10 2019

LAURA S . MELLO
SENIOR COUNSEL/FOIL OFFICER
75-20 ASTORIA BLVD
EAST ELMHURST NY 11370

DEAR MADAM;

        GOOD AFTERNOON MRS MELLO. I AM WRITING YOUR OFFICE FOR THE SECOND

TIME IN REGARDS TO THIS REQUEST. I WROTE YOUY  OVER A MONTH AGO AND FOR

SOME REASON I HAVE YET TO HEAR A RESPONSE FROM YOU AND/OR YOUR OFFICE IN

REGARDS TO THE FOIL REQUEST.

        I FOUND THIS TO STRANGE SINCE I HAVE BEEN FOILING THINGS FORM YOU

AND YOUR OFFICE  FOR OVER A YEAR NOW AND NEVER ONCE DID I NOT RECIEVE A

RESPONSE . SO I DECIDED TO SEND THIS REQUEST CERTIFIED MAIL RECEIPT ALONG

WITH ALSO ADDING AN AFFIDAVIT OF SERVICE WITH THE LETTER.

        IN PURSUANT TO NEW YORK STATE FREEDOM OF INFORMATION LAW STATUE,

552(A) , I WOULD LIKE TO REQUEST THE FOLLOWING INFORMATION:

1.      EVERY CORRESPONDENCE THAT I HAVE WRITTEN TO YOU AND YOUR OFFICE
FROM JAN 2019-PRESENT.

2.      EVERY RESPONSE YOU HAD YOUR OFFICE HAD SENT ME IN REGARDS TO MY
LETTERS WRITTEN TO YOU AND YOUR OFFICE FROM JAN 2019-PRESENT.

3.      FROM MDC DECURITY OFFICE THE OUT-GOING MAIL LOG BOOK FOR THE INMATES
FROM HOUSING UNIT 9 NORTH I REQUEST COPIES OF THE PAGES STARTING ON JUNE
15 2019-PRESENT INDICATING THE OUT-GOING LETTERS THAT I SENT OUT.

4.      COPIES OF THE STATEMENTS FROM THE FOLLOWING OFFICERS INDICATING
WHAT TOOK PLACE ON JULY 2 2019 IN PURSUANT TO SOME OUT-GOING LEGAL MAIL
OF MINES THAT WAS STOPPED AND HELD IN DEPUTY WARDEN RIVERAS OFFICE WITHOUT
NOTICE AND/OR REASON: (MAILROOM OFFICER) MARTINEZ, CO BETHEA #5056, CO
THROCIA HOUSING UNIT 9 NORTH STEADY OFFICER, DEPUTY WARDEN PEOPLES, CAPTIN
JEAN-BAPTISE, CO JOHNTSON AND MAILROOM CIVILIAN.

5.      COPIES OF ALL THE INMATE REQUEST FUNDS THAT I SUNBMITTED IN THE
MONTH OF JUNE 2019.

6.      COPIES OF PREA CERTIFICATION FROM THE FOLLOWING DOC EMPLOYEES FROM THEIR DEPARTMENTAL FILES: CO FESTA #9725, CAPTIN DILLARD, CO ALEUS-LEDAIN, CO BETHEA #5056, **ADW** RIVERA.

IF FOR ANY REASON ANY OF THE REQUESTED INFORMATION AND/OR COPIES IS DENIED PLEASE EXPLAIN THE REASON FOR SUCH DENIAL AND POINT TO THE LAW THAT GOVERNS SUCH. I AM AWARE THAT YOU ARE ALSO AN ATTORNEY BUT PLEASE KEEP IN MIND THE TIME FRAME THAT GOVERNS A FOIL REQUEST IN REGARDS TO THE TIME YOU TAKE TO RESPOND TO THIS REQUEST.

IN PURSUANT TO THE REQUEST FOR PERSERVATION, I WOULD LIKE TO REQUEST THAT THE FOOTAGE AND LOG BOOK ENTRIES BE PERSERVED FOR THE FOLLOWING DATES:

7.      APRIL 13 2019 FOOTAGE FROM HOUSING UNIT 9 NORTH STARTING FROM 11:00AM AND  ENDING AT 3:45PM (INCLUDING LOG BOOK ENTRIES)

8.      JULY 2 2019 FOOTAGE FROM HOUSING UNIT 9 NORTH STARTING FROM 9:00AM AND ENDING AT 3:00PM (INCLUDING LOG BOOK ENTRIES)

9.      AUGUST 6 2019 FOOTAGE FROM HOUSING UNIT 9 NORTH STARTING AT 9:00AM ENDING AT 11:00AM (INCLUDING LOG BOOK ENTRIES)

I AM HOPEFUL THAT I WILL BE HEARING FROM YOU AND/OR YOUR OFFICE SOON IN REGARDS TO THIS CORRESSPONDENCE. THANK YOU FOR YOUR TIME AND  ASSISTANC IN THIS MATTER.

RESPECTFULLY SUBMITTED
ALEXANDER WILLIAMS JR

SWORN BEFORE ME THIS _10_ DAY OF AUGUST 2019.

_____
NOTARY PUBLIC

CC; ALEXANDER WILLIAMS JR 141-180-1632
    125 WHITE ST
    NEW YORK NY 10013

ANTONIO MIGUEL FRAZIER
Commissioner of Deeds
No. 2-13375
Qualified in Kings County
Commission Expires May 1, 20 20

8/10/19

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                    ) SS:
COUNTY OF NEW YORK )


I, ALEXANDER WILLIAMS JR, BEING DULY SWORN DEPOSES AND SAYS:
THAT I HAVE ON THIS **10** DAY OF **AUGUST 2019** PLACED AND SUBMITTED WITHIN THE
MANHATTAN DETENTION COMPLEX'S MAIL DEPOSITORY THE ORIGINAL LETTER OF PERSERVAT
AND FOIL REQUEST TO BE DULY MAILED VIA UNITED STATES POSTAL SERVICE TO
THE CONCERNED PARTIES AS LISTED BELOWE:


LARUA S MELLO
SENIRO COUNSEL/FOIL OFFICER
BOLUVARD BUILDING CORP
75-20 ASTORIA BLVD
EAST ELMHURST NY 11370


RESPECTFULLY SUBMITTED
ALEXANDER WILLIAMS JR
141-180-1632
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK  NY 10013


SWORN TO BEFORE ME ON THIS
**10** DAY OF AUGUST 2019.

NOTARY PUBLIC

ANTONIO MIGUEL FRAZIER
Commissioner of Deeds
No. 2-13376
Qualified in Kings County
Commission Expires May 1, 20 21

8/01/19

ALEXNADER WILLIAMS JR
MANAHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NY 10013

RE: 3RD FOIL FOR THE SAME INFORMATION                    AUG 30 2019

LAURA S MELLO
SENIOR COUNSEL/FOIL OFFICER
75-20 ASTORIA  BLVD
EAST ELMHURST NY 11370

DEAR MS MELLO

       ENCLOSED IS A COPY OF TWO SEPERATE FOIL REQUESTS THAT I HAVE SUBMITTED
TO YOUR OFFICE IN REGARDS TO ATTEMPTING TO FOILING INFORMATION AND OR PERSERVI
INFORMATION TO BE OBATINED LATER IF NEED BE.

       FOR SOME UNKNOWN REASON YOU HAVE FAILED TO REPSOND TO THESE FOILS
OR ACKNOWLEDGE THE RECIEPT OF THE PERSERVATION LETTER. I WOULD SAY THTAT
THIS ACT IS UNETHICAL AND UNPROFESSIONAL.

       SO AGAIN TODAY I AM FOILING INFORMATION AGAIN IN HOPES THAT YOU
WILL REPSOND TO THIS REQUEST. PLEASE UNDER N.Y.S FREEDOM OF INFORMATION
LAW 552(A) SEND ME THE REQUESTED INFORMATION/DOCUMENTS AS FOLLOWED:

1.     UNIT 9 NORTH LOG BOOK ENTRIES ON JULY  2 2019 AT APPROX 2:00PM WHERE
MAILROOM OFFICER **MARTINEZ**  LOGGED IN THE BOOK THAT MAIL WAS RETURN TO INMATE
ALEXANDER WILLIAMS.

2.     UNIT 9 NORTH LOG BOOK ENTIRIES ON JULY 2 2019 AT APPROX 9:50AM
WHERE SECURITY CAPTIN **HERNANDEZ** RESPONDED TO DESCALATION ON UNIT 9 NORTH
FOR INMATE WILLIAMS.

3.     COPY OF EMAIL CORRESPONDANCE BETWEEN UNIT 9 NORTH CAPTIN **COATMMON**
AND DEPUTY WARDEN **RIVERA**  IN REGARDS TO A FOIL REQUESTING INFORMATION FROM
CAPTIN COATMMON IN REGARDS TO DOCUMENTATION ON OUT-GOING LEGAL MAIL THAT
WAS SEIZED AND SEARCHED BY DEPUTY **RIVERA.**

4.     COPIES OF DOCUMENTATION FROM THE FOLLOWING DOC STAFF EXPLAINING
THE EWENTS THAT TOOK PLACE ON JULY 2 2019 IN REGARDS TO THE SEIZURE OF
MY OUT-GOING LEGAL MAIL: MAILROOM OFFICER  **MARTINEZ**, DEPUTY WARDEN **RIVERA**,
CAPTIN **JEAN-BAPTISE**, MAILROOM CIVIAIAN, DEPUTY WARDEN **PEOPLES**, CAPTIN
**HERNANDEZ**

       IF FOR ANY REASON(S) THE REQUESTED INFORMATION IS DENIED TO ME PLEASE
GIVEN AN EXPLAINATION AS TO WHY AND EXPLAIN WHO AND WHERE I MAY WRITE TO
APPEAL YOUR DECISION.

RESPECTFULLY SUBMITTD
ALEXANDER WILLIAMS JR

CC; ALEXANDER WILLAIMS JR 141-180-1632
    MANHATTAN DETENTION COMPLEX
    125 WHITE ST
    NEW YORK NY 10013

RECORD ACCESS OFFICER
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NY 10013

CAPTIN HERNANDEZ
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NY 10013

CAPTIN COATMMON
MANHATTAN DETION COMPLEX
125 WHITEX STREET
NEW YORK NY 10013

DEPUTY WARDEN RIVERA
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
MANHATTAN NY 10013

DEPUTY WARDEN PEOPLES
MAHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NY 10013

MAILROOM C.O. MARTINEZ
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK  NY 10013

C.O. BETHEA  5056
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NY 10013

EXHIBIT-R

Sharade Williams 141 1801632

Manhattan Detention Com.

125 White St

New York, N.Y. 10013

RE: Retaliation and Sexual                    July 3 2019
      Harrasment


Dear Sir and/or Modam,

              I am writing you to inform you
of MDC Sexual harrasment and retaliation for
making my complaint
              On April 13 2019 I had a situation
where officer festa made sexual advancement towards
me I informed D.O.I and a investigation commenced.
              I moved forward in the Matter
with a civil complaint through N.y.s Supreme ct
Civil branch.
              on Spme June 24 I sent of certified
mail through officer Bethea 5036 Serving
the defendants involved in my Sexual complaint
with officer festa.
              on July Second 2nd I asked officer
bethea if he sent my mail out which he
assured me that he did

I noticed that the funds was never taken out of my account for certefied mail, which lead to me asking captin jean-baptese to look into the matter for me.

upon contacting the mailroom cecilia captin jean-baptese was informed by cecilia that the funds was approved but that my mail was being held by facility security staff because I was tryeing to sue officers from the jail with I civil suit for several Harrasment.

dep peoples was able to track my mail down which was locked in security depelty Revera's office. dep Revera enformed me that they were going to re-route my mail to N.y.c comptroller offecer to get claim number. I already had an index and a judge assigned to my case and did not need my mail sent there, so I ask that mail be retorned.

when I received the mail back it was a total of five peices 3 going to officers, two going to my Attorney's one of my Envelopes that was addressed to one of the defendants was opened and had been tapped shut (I do not have access to any tape). I still have Envelopes

in same fashion that they were given back to me in.

once I addressed Bethea as to why he would lies to me he commented " you do have a fat ass" "and I wouldn't allow you to sere my officer" at one point he pulled me off to the side and told me that "he got me if I don't blow our relationship up", please review camera footage for Evidence and preserve for feeture enllestigation

This matter with lep Rivera is already been filed with the Sorthen destreet Her and Bethea and Serenity captens actions is clearly a Retahalen against me for feleng complaints and exerseseing my Reghts

My Reghts are being Vealeated carssonlly and I em being Sevual abesed thos is offerteng me mentelly and I em feeling Inapped and afread of my Safley from the Serenity offeers here at M.D.C. I have a Right to privecey when makeng a Sevual complaint and I have a Right for my mail not to be open, read, or reroued wellthscret a maet wreatch or legal wearrent Statreng Serch.

More enpurtantly I have a Right not

to be retalacted against because of my sexcal harrasment complaint against offeers

Depelty Rivera is the Secceaty dep end is essing her power to create an ensafe ennvearment and send her sarenity offeces to errongfully and illegal harrass and open my mail.

If I deed not search for meeil, no one had made arrangements to "nalefy" or "reterm" the mail back entil I enpeared

I can not sleep, am becemeing mentally enstable end I know that all the offrers here are out to ellort me in reticleates of complaneing against offcers end dep Rivera. I am Really concened for my life now end ask that dep rivera be removed end enventecgated or that I be removed for my safty.

Sencely Sebmitted
aleeale elelleans



CC: NYC Dept of ennvestegation

CC: Honorable Jedgze del-gerodece)
Kings county Srepreme cocent Port #7
320 Jay Street
BKlyn N.y. 11201

CC: Clerk of cocant # 19-CV-3347
eented State Socethern Destreit
500 pearl Street
New York N.y. 10007

CC: Clerk of the Cocent # 100910/19
Srepreme Cocent Ceclit brench
60 CENTRE Street.
Ny N.y. 10007.

CC: Shelade ecilliams 1411501632
Menhatten Delectson Complex
125 eehite st
New York. New fcerk 10013

CC: New york city Police depent
one police pleza
New York N.y. 10038

EXHIBIT-S

## CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19



**Inmate's Name:** Alexander Williams

**Date:** 8-26-19

**Book and Case Number:** 1411801632

**Date of Birth:** 02-08-1981

**Age:** 38

**Housing Area:** 9N

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

on the above date at 1730 officer botha #5056 was present on 9 north bubble station where he began to antagonize me and saying "dep Rivera is my people I will fuck with ya mail cell boy boy" speaking in reference to July 2 2019 incident. Doc currently has a Separation order in against botha 5056 and this writer and he should not be near me his actions is a clear violation of this Separation order. I am concerned for my life from Security at MDC inmate are dying mysterically and I am afraid of becoming a victim of a unexplained death I would like to report this constant harasment to police to envestigate. This incident was reported to Jo. milevoix 11603, Capt. koch #361 and dep mitchelle who enformed me to call 311, Boot Security at MDC has Block 311 from being called on my pan #

**Inmate's Signature:** alexander williams Jr 1411801632   **Date:** 8-26-19

**Witness by (print name):** Misgiord   **Witness Signature:** Cece   **Rank:** CO   **Shield Number:** 11603

EXHIBIT-T

## AFFIDAVIT OF MOSES OLANIBI

MY NAME IS MOSES OLANIBI B&K NO 349-180-8502, I AM AN INMATE AT THE MANHATTAN DETENTION COMPLEX. MY HOSUING UNIT IS 9 NORTH AND MY CELL IS NUMBER 1.

ON AUGUST 26 2019 APPROX AROUND 5:30 I WAS STANDING IN MY CELL DOOR WINDOW AS INMATE ALEXANDER WILLIAMS WAS SERVING DINNER TO THE INMATES ON THE UNIT. WHEN HE WAS DONE I NOTICED THAT  HE WAS TALKING TO SOMEBODY IN THE BUBBLE THROUGH THE GLASS. WHEN I LOOK UP I SAW THAT IT WAS OFFICER BETHEA THAT HE WAS SPEAKING TO.

I SAW AND HEARD OFFICER BETHEA SAYING " NIGGA DEP RIVERA IS MY PEOPLES AND I COULD FUCK WITH YOUR MAIL ANY DAY THAT I WANT","DEP HARVEY IS MY BOSS AND THEY GOING TO MAKE SURE THAT I AM GOOD NO MATTER WHAT".  OFFICER BETHA THEN SAID"I HAVE A BABY ON THE WAY THAT IS THE ONLY REASON WHY I DIDNT FUCK YOUR ASS UP BUT IF YOU DONT  DROP YOUR COMPLAINT I AM GOING TO MAKE SURE THAT NONE OF YOUR MAIL LEAVES THIS BUILDING".

AT THAT POINT I WITNESS INMATE ALEXANDER WILLIMAS GO AND NOTIFY OFFICER MILEVOIX WHAT WAS BEING SAID TO HIM BY OFFCIER BETHEA AND REQUEST TO SPEAK WITH THE CAPTIN. AFTER A FEW MINUTES  CAPTIN KOCK #631 ENTERED THE HOUSING UNIT AND SPOKE WITH INMATE ALEXANDER WILLAIMS AND DIRECTED HIM TO WRITE A STATEMENT ABOUT WHAT HAPPENED.

NUMEROUS TIMES THAT NIGHT OFFICER BETHEA CAME TO THE WIDOW AS IF HE WAS LOOKING FOR WILLIAMS TOX CONTINUE ANTAGONIZING HIM.

ALL OF THE INFORMATION GIVEN HEREIN IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE. I SIGN THIS AFFIDAVIT UNDER THE PENTALY OF PERJURY.

SIGNATURE                                                          DATE:   08/28/2019

B&K NO. 349-180-8502

EXHIBIT-U

**SUPREME COURT, CIVIL BRANCH**
**New York County**
**60 Centre Street, New York, N.Y.   10007**

**HELP CENTER**
**Room 116**
**646-386-3025**

## How to Serve Legal Papers

**Note:** All persons involved in a lawsuit should consult an attorney.  This office gives you information, forms and instructions on court procedures.  As an office of this court, we cannot give legal advice or act as your advocate.

-    To give legal papers to other parties to a case is known as **service**.
-    **Service of process** is the serving of papers that start a lawsuit.

   Service of process rules must be strictly followed, since this service gives notice that a lawsuit has been started and is a mechanism that formally brings the other party before the court.  Failure to serve properly can result in the dismissal of the lawsuit.  The person serving papers <u>must</u> be over the age of 18 and <u>cannot</u> be a party to the case.  Refer to the Civil Practice Law and Rules (CPLR) 2103(a).  Papers may be served by a friend, relative or a process server.  Papers may <u>not</u> be served on a Sunday, or on a Saturday if service is upon someone who celebrates Saturday as the Sabbath.  See General Business Law 11.

### Electronic Filing

   New cases in this court (except for matrimonial, Election Law and three other types) must be commenced and pursued by means of electronic filing through the New York State Courts Electronic Filing System ("NYSCEF").  Documents to be filed with the court must be e-filed through NYSCEF.

   Unrepresented persons, however, are exempt from the e-filing mandate.  They need do nothing to claim this status or to maintain it.  They will file documents with the court in hard-copy format and will deliver documents to the other parties, and receive documents from those parties, in that format.  Unrepresented persons may, if they wish, take part in e-filing and should obtain an e-filing ID to do so.  For further information, consult the webpages for the unrepresented on the NYSCEF website (www.nycourts.gov/efile) or contact the clerk or the Help Center.

   The discussion that follows assumes that the case is a paper case.  In an e-filed case, the steps to be followed would be the same, but filings with the County Clerk and the court would be made via NYSCEF by participating parties.

1

12/2018

**Service Upon a Government Agency** (in most cases):

The **City of New York** shall be served by personal delivery of the initiating papers to the Corporation Counsel, 100 Church Street, New York, N.Y. or to any person designated to receive process therefor in a writing filed in the County Clerk's Office, New York County.

The **State of New York** shall be served by personal delivery of the initiating papers to an Assistant Attorney General at an office of the Attorney General or to the Attorney General within the state.

A **State Officer**, who is sued solely in an official capacity, or a **State Agency**, shall be served by personal delivery to such officer or to the chief executive officer of such agency or to a person designated by the chief executive officer to receive service.

Another way to serve such officer or agency is by taking the following **two steps:**

**Step 1:**  Mailing the papers to the chief executive officer of the agency or the designated officer by certified mail, return receipt requested in an envelope marked "URGENT LEGAL MAIL."

**Step 2:**  Personal delivery on an Assistant Attorney General of the State of New York or upon the Attorney General.  See CPLR 307.

**Service On a Corporation:**

A corporation shall be served by delivering the process to an officer, director, general agent, cashier or assistant cashier (as defined in cases interpreting this law) or upon any other agent authorized by the corporation to receive service.  See CPLR 311.

**Personal Service On a Person** shall be made in one of the following three ways (See CPLR 308):

1.  Personal Delivery - delivering the papers within New York State to the person to be served.

2.  Substituted Service - **two steps**, both of which are required:

    **Step 1:**  Delivering the process within New York State to a person of suitable age and discretion, who is willing to accept the papers, at the actual place of business, dwelling place or usual place of abode of the defendant or respondent. **and**

    **Step 2:**  Mailing the papers by first class mail to the person to be served at his or her last known residence or mailing them to his or her actual place of business. **Important:** The envelope used for the mailing must be marked "Personal and Confidential" and must not show in any way that the envelope contains papers about a legal action against the person being served.

3

A person, aged 18 or over, who is <u>not</u> a party to the case may serve papers by mail or delivery to an unrepresented party directly or to the office of the attorney for a party.

Subsequent papers should not be served upon a party who is represented by an attorney, but on the attorney.  Even if the focus of the subsequent papers is only one party or a few parties, papers must be served on <u>all</u> parties in the case.  Everyone who answers the initiating papers must receive a copy of all the subsequent papers.

12/2018

EXHIBIT-V




# CORRECTION DEPARTMENT
## CITY OF NEW YORK

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS

Form: WRI-1
Eff.: 06/01/12
Ref: Dir. 1500 R-A
Ref: Dir. 1506

COUNSELING UNIT

FACILITY

DATE

WITHDRAWAL # _____    CHECK # _____

I, **ALEXANDER WILLIAMS JR**    /   **141-180-1632**    /    **9 NORTH**
   Inmate's Name                      Book & Case #           Housing Area

respectfully request the following amount be withdrawn from my account and issued to the following person:

Amount to be forwarded: $ **50.00**    Payee: **USPS**

The reason for this request is: **TO BE MAILED OUT CERTIFIED RETURN RECIEPT**

Inmate's signature: _Alexander Williams_    Employee's verification: _____

Area Supervisor's Approval: _____    Date: _____

To be obtained personally by Cashier, seven days a week, 9 a.m. to 6 p.m.

PROPER PHOTO ID & PROOF OF ADDRESS REQUIRED

Type of ID presented: _____

To be mailed to: (Must be accompanied by a stamped, address envelope)

**NEW YORK CITY DEPARTMENT OF CORRECTIONS
LEGAL DEPARTMENT
75-20 ASTORIA BLVD**
Last Name                                           First Name

**75-20 ASTORIA BLVD**        **QUEENS**        **NY**        **11370**
Address                        City              State        Zip Code

SIGNATURE DEPUTY WARDEN FOR ADMINISTRATION        SIGNATURE DEPUTY WARDEN FOR SECURITY

Check one: APPROVED ( )    DISAPPROVED ( )        Check one: APPROVED ( )    DISAPPROVED ( )

I, _____ have received the above funds from the New York City Department of Correction.

Inmate Designee Name (Print)        Inmate/Designee Signature        Date

Witness Name (Print)                Witness Signature                Date




# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INMATE REQUEST FOR WITHDRAWAL OF FUNDS

Form: WRI-1
Eff.: 06/01/12
Ref: Dir. 1500 R-A
Ref: Dir. 1506

COUNSELING UNIT

FACILITY

DATE

WITHDRAWAL # _____   CHECK # _____

I, **ALEXANDER WILLIAMS JR** / **141-180-1632** / **9 NOPRTH**
Inmate's Name                                    Book & Case #                          Housing Area

respectfully request the following amount be withdrawn from my account and issued to the following person:

Amount to be forwarded: $ **20.00**          Payee: **USPS**

The reason for this request is: **TO BE SENT CERTIFIED RETURN RECIEPT TO MYSELF**

Inmate's signature: _____   Employee's verification: _____

Area Supervisor's Approval: _____   Date: _____

To be obtained personally by Cashier, seven days a week, 9 a.m. to 6 p.m.

PROPER PHOTO ID & PROOF OF ADDRESS REQUIRED

Type of ID presented: _____

To be mailed to: (Must be accompanied by a stamped, address envelope)
**C.O. FEST SHIELD NO 9725**
**NEW YORK CITY DEPT OF CORRECTIONS** /

Last Name                                        First Name

**75-20 ASTORIA BLVD** / **QUEENS** / **NY** / **11370**
Address                          City              State          Zip Code

SIGNATURE DEPUTY WARDEN FOR ADMINISTRATION          SIGNATURE DEPUTY WARDEN FOR SECURITY

Check one: APPROVED ( )   DISAPPROVED ( )          Check one: APPROVED ( )   DISAPPROVED ( )

I, _____ have received the above funds from the New York City Department of Correction.

Inmate Designee Name (Print)                    Inmate/Designee Signature          Date

Witness Name (Print)                            Witness Signature                  Date



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS

Form: WRI-1
Eff.: 06/01/12
Ref: Dir. 1500 R-A
Ref: Dir. 1506



**COUNSELING UNIT**

| FACILITY |
| DATE |

WITHDRAWAL # _____     CHECK # _____

I, **ALEXANDER WILLIAMS JR** / **141-180-1632** / **9 NORTH**
    Inmate's Name                          Book & Case #                     Housing Area

respectfully request the following amount be withdrawn from my account and issued to the following person:

Amount to be forwarded: $ **20.00**          Payee: **USPS**

The reason for this request is: **TO BE MAILED CERTIFIED RETURN RECIEPT**

Inmate's signature: *Alexander Williams*     Employee's verification: _____

Area Supervisor's Approval: _____          Date: _____

To be obtained personally by Cashier, seven days a week, 9 a.m. to 6 p.m.

**PROPER PHOTO ID & PROOF OF ADDRESS REQUIRED**

Type of ID presented: _____

To be mailed to: (Must be accompanied by a stamped, address envelope)

**C.O. ALEUS-LEDIAN SHEILD NO 10115**
**NEW YORK CITYN DEPT OF CORRECTIONS** /

Last Name                                          First  Name

**75-20 ASTORIA BLVD**          **QUEENS** / **NY** / **11370**

Address                          City          State          Zip Code

SIGNATURE DEPUTY WARDEN FOR ADMINISTRATION          SIGNATURE DEPUTY WARDEN FOR SECURITY

Check one: APPROVED ( )     DISAPPROVED ( )          Check one: APPROVED ( )     DISAPPROVED ( )

I, _____ have received the above funds from the New York City Department of Correction.

_____                          _____
Inmate/Designee Name (Print)               Inmate/Designee Signature          Date

_____                          _____
Witness · Name (Print)                      Witness Signature          Date



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INMATE REQUEST FOR WITHDRAWAL OF FUNDS

Form: WRI-1
Eff.: 06/01/12
Ref: Dir. 1500 R-A
Ref: Dir. 1506



COUNSELING UNIT

FACILITY _____

DATE _____

WITHDRAWAL # _____     CHECK # _____

I, **ALEXANDER WILLIAMS JR** / **141-180-1632** / **9 NORTH**
    Inmate's Name                      Book & Case #               Housing Area

respectfully request the following amount be withdrawn from my account and issued to the following person:

Amount to be forwarded: $ **20.00**     Payee: **USPS**

The reason for this request is: **TO BE MAILED CERTIFIED RETURN RECIEPT TO MYSELF**

Inmate's signature: _____     Employee's verification: _____

Area Supervisor's Approval: _____     Date: _____

---

To be obtained personally by Cashier, seven days a week, 9 a.m. to 6 p.m.

PROPER PHOTO ID & PROOF OF ADDRESS REQUIRED

Type of ID presented: _____

---

To be mailed to: (Must be accompanied by a stamped, address envelope)

**CAPTRIN DILLARD SHEILD NO 1873**
**NEW YROK CITY DEPT OF CORRECTIONS** /

Last Name                    First Name

**75-20 ASTORIA BLVD** / **QUEENS** / **NY** / **11370**
Address                City             State          Zip Code

---

SIGNATURE DEPUTY WARDEN FOR ADMINISTRATION _____     SIGNATURE DEPUTY WARDEN FOR SECURITY _____

Check one: APPROVED ( )     DISAPPROVED ( )     Check one: APPROVED ( )     DISAPPROVED ( )

---

I, _____ have received the above funds from the New York City Department of Correction.

Inmate Designee Name (Print) _____     Inmate/Designee Signature _____ Date _____

Witness Name (Print) _____     Witness Signature _____ Date _____



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
## INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** ALExander William Jr

**Book & Case #:** 1411T01632

**NYSID #:**

**Facility:** mbc

**Housing Area:** 9 w

**Date of Incident:** 9-10-19

**Date Submitted:** 9-10-19

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I Am a Civil Litigator pro-se In a suit against officers here at the Jail NYS Supreme Court has informed me that I bear the responsibly of serving these defendants enclosed is a copy of this notification. Also from NYC Dept of Correction I have Inmate Request funds forms showing that It was approved to send out from my Account. MAILROOM officer mastinez Refuses to allow mail out because it has coworker names on it. This is illegal and Retaliation

**Action Requested by Inmate:** To Remove her from MAIL Room. Allow mail To go out and speak with outside ID Investigator

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?    Yes ☐  No ☒

Do you need the OCGS staff to write the grievance for you?    Yes ☐  No ☒

Have you filed this grievance with a court or other agency?    Yes ☐  No ☒

Did you require the assistance of an interpreter?    Yes ☐  No ☒

**Inmate's Signature:** [signature]

**Date of Signature:** 9-10-19

**FOR DOC OFFICE USE ONLY**

**OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.**

**THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR**

**TIME STAMP**

**Grievance Reference #**

**Category:**

**Office of Constituent and Grievances Services Coordinator/Officer Signature:**

EXHIBIT-W

**THE CITY OF NEW YORK**
**DEPARTMENT OF CORRECTION**

LEGAL DIVISION
BULOVA CORPORATE CENTER
75-20 ASTORIA BOULEVARD
EAST ELMHURST, N.Y. 11370

U.S. POSTAGE >> PITNEY BOWES

ZIP 11370  $ 001.30⁰
02 4W
0000361576 AUG. 26 2019

U.S. POSTAGE >> PITNEY BOWES

ZIP 11370  $ 000.50⁰
02 4W
0000361576 AUG. 26 2019

Alexander Williams
141-18-01632
MDC
125 White Street
New Yor

NIXIE      100  DC 1      0009/02/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 11370113899    *0145-01319-02-27

EXHIBIT-X



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7101R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

| Inmate's Name: ALExander William Jr | Book & Case #: 14118016(3) | NYSID #: |
|---|---|---|

| Facility: MDC | Housing Area: 9 W | Date of Incident: 9-10-19 | Date Submitted: 9-10-19 |
|---|---|---|---|

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** I Am a Civil Litigator Pro-se In a suit against officers here at the Jail NYS Supreme Court has informed me that I bear The responsibility of serving thes defendants enclosed is a copy of this notification. Also from NYC Dept of Correction I have Inmate request funds forms showing that It was approved to send out from my account. Mailroom officer martinez Refuses to allow mail out because it has coworker names on it. This is Illegal and Retaliation

**Action Requested by Inmate:** To Remove her from MAIL Room. Allow mail To go out and speak with out side ID Investigator

## Please read below and check the correct box:

| | | |
|---|---|---|
| Do you agree to have your statement edited for clarification by OCGS staff? | Yes ☐ | No ☒ |
| Do you need the OCGS staff to write the grievance for you? | Yes ☐ | No ☒ |
| Have you filed this grievance with a court or other agency? | Yes ☐ | No ☒ |
| Did you require the assistance of an interpreter? | Yes ☐ | No ☒ |

| Inmate's Signature: | Date of Signature: 9-10-19 |
|---|---|

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

| TIME STAMP | Grievance Reference # | Category: |
|---|---|---|
| | Office of Constituent and Grievances Services Coordinator/Officer Signature: | |

EXHIBIT-Y

[ COPY OF STATE COMPLAINT MENTION IN NOTICE ]

ALEXANDER WILLIAMS JR 141-180-1632
MANHATTAN DETENTION COMPLEX
125 WHITES STREET
NY NY 10013

RE: FILING OF SUMMON AND COMPLAINT                    SEPT ____2019

CLERK OF THE COURT
SUPRME COURT CIVIL BRANCH
60 CENTRE STREET RM 141B
NY NY 10007

DEAR CLERK OF THE COURT.

        ENCLOSED IS A SUMMONS AND COMPLAINT THAT I WOULD LIKE TO FILE ON

THE COURT  ON MY BEHALF.

        I WOULD LIKE TO REQUEST THAT THE COURT ASSIST ME IN SERVING THE

COMPLAINT ON THE DEFENDANTS SINCE THIS COMPLAINT IS BASED ON RETALIATIONS

AND SEIZURE OF MY OUT-GOING LEGAL MAIL HERE AT THE JAIL ONCE THEY SEE THAT

I AM ATTEMPTING TO SERVE LEGAL DOCUMENST UPON CORRECTIONAL OFFICERS HERE

AT THE FACILITY.

        IF THIS ASSISTANCE BE PERMITTED THE FOLLOWING INFORMATION IS THE

ADDRESS AND THE SHIELD NUMBERS OF THE DFENDANTS HERE AT THE FACILITY:

NAME : E RIVERA
SHIELD NO./ (FULL BIRD DEPUTY  HAS NO SHIELD NO)
RANK: FULL BIRD DEPUTY WARDEN OF SECURITY

NAME: ESPINOZA
SHIELD NO: 7769
RANK CORRECTIONAL OFFICER MAILROOM POST

NAME: BETHEA
SHEILD NO: 5056
RANK: CORRECTIONAL OFFICER SECURITY POST

NAME: HERNANDEZ
SHEILD NO: 1806
RANK SECURITY CAPTIN

NAME: UNKOWN
SHEILD NO: UNKNOWN
RANK; OFFICERS ON THE SECURITY TEAM POST

        THE ADDRESS FOR EACH OF THESE DEFENDANT(S) WILL BE AS FOLLOWED:

MANHATTAN DETENTION COMPLEX,125 WHITE STREET NEW YORK NY 10013.

        I AM HOPEFUL THAT I WILL HEAR BACK FROM YOU IN REGARDS TO THIS REQUEST.

THANK YOU FOR YOUR TIME AND ASSISTANCE IN THIS MATTER.

RESPECTFULLY SUBMITTED
ALEXANDER WILLIAMSJR

INDEX NO._____     DATE INDEX NO. PURCHASED_____ 201

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ALEXANDER WILLIAMS JR

                                     PLAINTIFF(S)

     -AGAINST-

                                    SUMMONS AND COMPLAINT

NYC DEPT OF CORRECTIONS, NEW YORK CITY,
DEPUTY WARDEN RIVERA, CAPTIN HERNANDEZ,
C.O. BETHEA, C.O.ESPINOZA, UNKNOWN SECURITY
OFFICERS                              DEFENDANT(S)

TO THE PERSON(S) NAMED AS DEFENDANT(S) ABOVE:

     PLEASE TAKE NOTICE THAT YOU ARE SUMMONED TO ANSWER THE COMPLAINT OF THE PLAINTIFF HEREIN AND SERVE A COPY OF YOUR ANSWER ON THE PLAINTIFF AT THE ADDRESS INDICATED BELOW WITHIN 20 DAYS AFTER SERVICE OF THIS COMPLAINT AND SUMMONS ( NOT COUNTING THE DAY OF SERVICE ITSELF ), OR WITHIN 30  DAYS AFTER SERVICE IS COMPLETE IF THE SUMMONS IS NOT DELIVED PERSONALLY TO YOU WITHIN THE STATE OF NEW YORK.

     YOU ARE HEREBY NOTIFIED THAT SHOULD YOU FAIL TO ANSWER, A JUDGEMENT WILL BE ENETERED AGAINST YOU BY DEFAULT FOR THE RELIEF DEMANDED IN THE COMPLAINT.

DATED: AUGUST 30 2019


ALEXANDER WILLAIMS  JR  (141-180-1632)
MANHATTAN DETENTION COMPLEX
125 WHITE STREET
NEW YORK NY 10013


VENUE : PLAINTIFF DESIGNATES NEW YORK COUNTY AS THE PLACE OF TRIAL. UNDER THE BASIS OF HIS CURRENT RESIDENCE OF THE DETENTION COMPLEX AT THE TIME OF THE INCIDENT.

DEFENDANT(S) NEW YORK CITY DEPT OF CORRECTIONS, CORPORATION COUNSEL, 100 CHURCH STREET 5TH FLOOR, NY NY 10007

DEFENDANT(S) NEW YORK CITY, CORPORATION COUNSEL.100 CHURCH STREET 5TH FLOOR, NEW YORK NY 10007

DEFENDANT(S)  UNKNOWN CO.'S , MANHATTAN DETENTION COMPLEX, 125 WHITE STREET NY NY 10013

DEFENDANT(S) DEPUTY WARDEN RIVERA , MANHATTAN DETENTION COMPLEX, 125 WHITE STREET, NY NY 10013

DEFENDANT(S) CAPTIN HERNANDEZ, MANHATTAN DETENTION COMPLEX, 125 WHITE STREET NY NY 10013

DEFENDANT(S) CO BETHEA 5056, MANHATTAN DETENTION COMPLEX, 125 WHITE STREET NY NY 10013

DEFENDANT(S) CO ESPINOZA, MAHATTAN DETENTION COMPLEX, 125 WHITE STREET NY NY 10013

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
————————————————————————X
ALEXANDER WILLIAMS JR          PLAINTIFF(S)

    -AGAINST-                                                  INDEX NO._____

NYC DEPT OF CORRECTIONS, NEW YORK CITY,
DEPUTY WARDEN RIVERA, CAPTIN HERNANDEZ, CO BETHEA          COMPLAINT
CO, ESPINOZA, UNKNOWN SECURITY OFFICERS
                                        DEFENDANT(S)
————————————————————————X
TO THE SUPREME COURT OF THE STATE OF NEW YORK:

THE PLAINTIFF, **ALEXANDER WILLIAMS JR,141-180-1632,** RESPECTFULLY BRINGS THIS COMPLAINT AS HE IS A DETAINEE CURRENTLY LOCATED AS **MANHATTAN DETENTION COMPLEX 125 WHITE STREET, NY NY 10013,** WHICH IS ALSO THE SAME LOCATION WHERE THE VIOLATION(S) MENTIONED HEREIN TOOK PLACE AT.

THE PLAINTIFF RESPECTFULL SHOWS AND ALLEDGES AS FOLLOW(S):

THE DEFENDANT(S) DID VIOLATE THE FOLLOWING RIGHST OF THE PLAINTIFF: CREATED AND/OR MAINTAINED A CUSTOM PODICY, FAILED TO ENSURE THAT THE STAFF UNDER THEIR COMMAND WAS PROPERLY TRAINED, FIRST AMENDMENT, FOURTH AMENDMENT, SIXTH AMENDMENT, FOURTEENTH AMENDMENT, DEFIECIENT MANAGEMENT AND SUPERIOR RESPONDENT, FAILED TO PROTECT PLAINTIFF FROM RETALIATION.

## STATEMENT OF FACTS

1.    ON OR ABOUT JUNE 25 2019 THE PLAINTIFF SUBMITTED NUMEROUS YELLOW ENVOLOPES TO SECURITY OFFICER BETHEA 5056 TO BE MAILED OUT VIA THE FACILITY POSTAL ROOM.

2.    THE ENVOLOPES CONTAINED A SUMMONS AND COMPLAINTS THAT INCLUDED MEDICAL RECORDS AND REPORTED SEXUAL HARRSMENT ON A SEPERATE CORRECTIONAL OFFICER NOT NAMED HEREIN. THE ENVELOPES WHERE ADDRESSED TO  CO FESTA 9725, CO ALEUS-LEDIAN, CAPTIN DILLARD 1873 AND CITY OF NEW YORK CORPORATION COUNSEL.

3.      THERE WERE TWO OTHER ENVELOPES THAT WERE ADDRESSED TO THE PLAINTIFFS
LAWYERS THAT CONTAINED INFORMATION AND DOCUMENTS IN REFFERENCE TO HIS CRIMINAL
MATTER THAT HE IS DETAINEE ON.

4.      THE PLAINTIFF PAID FOR EACH ENVELOPE TO BE MAILED OUT OF THE FACILITY
CERTIFIED RETURN RECIEPT VIS FUNDS FORM HIS ACCOUNT.

5.      ON JULY 2 2019 AT 9:00AM THE PLAINTIFF ASKED HOUSING UNIT 9 OFFICER
TROCHCIA TO CALL THE MAILROOM AND INQUIRY AS TO IF THE MAIL THAT HE SENT
DOWN THERE TO BE SENT OUT OF THE FACILITY CERTIFIED WAS LOGGED IN THE SYSTEM
AS BEING SENT OUT, BECAUSE HE NOTICED THAT THE FUNDS WAS NEVER TAKEN OUT
OF HIS ACCOUNT.

6.      OFFICER TROCHIA CALLED AND SPOKE WITH THE CIVILAIN THAT WORKS IN
THE MAILROOM. HE THEN EXPLAINED TO THE PLAINTIFF WHAT HE WAS TOLD BY THE
CIVILAIN.

7.      THE FUNDS HAD BEEN APPROVED AND WAS AVIALABLE TO HIM TO HANDLE THE
PLAINTIFF'S MAIL REQUEST BUT SECUIRTY INFORMED HIM THAT THEY WERE NOT GIVING
HIM THE MAIL TO SEND OUTR BECAUSE THE ENVELOPES CONTAINED LAW SUITS ON
OFFICERS FROM THE BUILING.

8.      AT THAT POINT THE PLAINTIFF  ASKED OFFICER TROCHIA TO PLEASE CONTACT
THE HOUSING AREA CAPTIN SO THAT THE MATTER COULD BE ADDRESSED OR SO HE
CAN POSSIBLE RETRIWE HIS MAIL BECAUSE HE DID NOT HAVE ANY COPIES OF WHAT
HE WAS SENDING AND COULD NOT AFFORD TO LOOSE THEM.

9.      WHITHIN 15 MINUTES OR SO CAPTIN JEAN-BAPTISE WALKED INTO THE UNIT
HEARD OUT THE PLAINTIFF'S COMPLAINT AND CALLED THE MAILROOM CIVILAIN TO
SEE IF HE COULD CURE THE MATTER AND RETRIEVE THE PLAINTIEF'S MAIL.

10.     CAPTIN-BAPTISE WAS TOLD THE SAME THING THAT OFFICER TROCHIA WAS
TOLD AND MORE. THE CIVILIAN DETAILED TO THE CAPTIN THE CONTEENTS AND THE
ALLEGATIONS BROUGHT FORTH WITHIN THE COMRLAINT/LEGAL DOCUMENTS THAT WAS
INSIDE OF THE ENVELOPES THAT WERE SEIZED.

11.     AFTER SPEAKING WITH THE CIVILAIN CAPTIN JEAN BAPTISE EXPLAINED THAT

HE WAS INFORMED THAT THE PLAINTIFF'S MAIL WAS BEING HELD INSIDE OF THE
DEPUTY WARDEN RIVERA OFFICE AND THAT SHE WAS NOT PRESENTR INSIDE OF THE
FACILITY ON THAT DAY.

12.     AFTER THE CAPTIN LEFT THE PLAINTIFF REQUESTED TO SPEAK WITH WHATEVER
SECURITY CAPTIN WAS PRESENT ON THE SHIFT.

13.     BEFORE THE SECURITY CAPTIN WAS NOTIFIED DEPUTY WARDEN PEOPLES WALKED
THE HOSUING UNIT AND THE PLAINTIFF WAS ABLE TO EXP½LAINED THE  ISSUE TO
HER IN EFFORTS OF SEEKING ASSISTANCE.

14.     DEPUTY WARDEN PEOPLES CONDUCTED A BRIEF INVESTIGATION AND EXPLAINED
TO THE PLAINTIFF THAT SHE WAS CONFUSSED AS TO WHY HIS OUT-GOING LEGAL CORRESPO
ENCES WOULD BE LOCKED INSIDE OF A DEPS OFFICE IF HE WAS NOT ON A FACILITY
MAIL WATCH AND WAS NEITHER NOTIFIED THAT THE MAIL WAS SEIZED.

15.     SO DEPUTY PEOPLES CALLED AND REQUESTED THAT SECURITY HERNANDEZ COME
UP TO UNIT 9 NORTH IN EFFORTS TO EXPLAIN AND CURE THE MATTER.  CAPTIN HERNANDEZ
WAS TALKING A LONG TIME TO GET TO THE UNIT AND DEPUTY PEOPLES HAD TO LEAVE
TO CONTINUE HER TOHR OF THE FACILITY.

16.     SOMETIME MID-DAY JULY 2 2019 SECURITY CAPTIN HERNANDEZ AND AT LEAST
5 OTHER SECURITY STAFF ENTERED THE HOUSING UNIT AND SPREADED OUT AS THEY
APPROACHED THE PLAINTIFF.

17.     ONCE HIS TEAM WAS IN PLACE  CAPTIN HERNANDEZ BEGIN TO BACK THE PLAINTIFF
IN THE CORNER AND EXPLAIN THAT HE WAS TIRE OF THE PLAINTIFF COMPLAINING
ABOUT HIS MAIL AND THE STAFF AT THE JAIL AND THAT HIS DEPUTY HAD HIS MAIL
BECAUSE IT WAS ADDRESSED TO STAFF AT THE JAIL AND THAT THAT WAS AGAINST
THE POLICY OF NEW YORK CITY DEPARTMENT OF CORRECTIONS.

18.     CAPTIN HERNANDEZ EXPLAINED TO THE PLAINTIFF THAT HE WAS NOT GETTING
HIS MAIL BACK BECAUSE THE DEPUTY WARDEN WAS NOT PRESENT IN THE FACILITY
AND IF SHE WAS HE WAS DEAD ON THE MAIL ANYWAY.

19.     THE PLAINTIFF BEGAN TO EXPLAIN THAT HE WOULD BE PRESSING CHARGES
ON ANY AND EVERYONE INVOLVED IN THIS MATTER AND AT THAT POINT CAPTIN HERNANDEZ

5

BECAME LESS AGGRESSIVE IN HIS APPROACH AND ORDER THE SECURITY STAFF THAT
ACCOMPANIED HIM TO RETREAT.

20.     THERE WAS ONE OFFICER THAT WAS TO THE LEFT OF THE PLAINTIFF THAT
SAID TO HIM AS HE WALKED AWAY THAT "YOU WONT BE THAT LUCKY NEXT TIME BOY","YOUR
DAYS ARE NUMBERED AROUND HERE".

21.     APROX 1:30PM ON JULY 2 2019, OFFICER BETHEA ENTERED HOUSING UNIT
9 NORTH TO CONDUCT HIS DAILY PHONE CALLS AND DELIVER/PICK UP OUT-GOING
MAIL OF THE INMATES HOUSED THERE.

22.     SO THE PLAINTIFF ASKED OFFICER BETHEA ABOUT THE MAIL(**THE ENVELOPES
THAT WAS PLACED IN HIS HAND A WEEK PRIOR TO BE SENT OUT**). OFFICER BEATHA
LAUGHED AND STATED TO THE PLAINTIFF, " YOU DO HAVE A FAT ASS YO". (**THIS
WAS THE BASIS OF THE COMPLAINT THAT WAS ENCLOSED AND BEING REPORTED IN
THE ENVELOPES THAT WAS SEIZED AND SEARCHED, INDICATING THAT OFFICER NETHEA
HAD READ THE DOCUMENTS OF THE ENVELOPE**).

23.     WHEN OFFICER BETHEA SAW THAT THE PLAINTIFF WAS BECOMING IRRATE HE
PULLED THE PLAINTIFF OFF TO THE SIDE AND TOLD HIM NOT TO BLOW IT UP BECAUSE
THE MATTER WAS ABOVE HIS PAY GRADE AND THAT HE HAD GIVEN THE MAIL TO DEPUTY
WARDEN HARVEY.

24.     THE PLAINTIFF ASKED WHY  AND WHAT WAS THE REASON HE WAS NOT NOTIFIED
TO WHERE  OFFICER BETHEA STATED IT WAS ABOVE HIS PAY GRADE.

25.     WHEN IT WAS THE PLAINTIFF'S TIME TO USE THE PHONE OFFICER BETHEA
DENIED THE PLAINTIFF THE RIGHT TO CALL HIS LAWYER AND/OR 311 AND STATED
THAT HE WAS GOING TO MAKE SURE THAT THE PLKAINTIFF'S NUMBER GETS BLOCKED
FROM BEING ABLE TO CALL 311  WHEN HE GOT BACK DOWN TO THE SECURITY OFFICE.

26.     THE PLAINTIFF AND THE UNMATE NEXT TO HIM IS REPRESENTED BY THE SAME
PAY LAWYER SO THE PLAINTIFF ASKED THE INMATE TO CALL JEFF AND INFORM HIM
OF WHAT WAS TAKING PLACE.

27.     WHEN OFFICER BETHEA SAW THIS HE DENIED THAT INMATE THE RIGHT TO
USE THE PHONE ALSO BECAUSE HE HEARD WHAT THE PLAINTIFF HAD REQUESTED.

SEE EXHIBIT-A WHICH IS A STATEMENT FROM THAT INMATE TREVOR LEWIS.

28.     AT THIS TIME THE PLAINTIFF REQUESTED TO SPEAK WITH THE FACILITY

PREA OFFICER TO REPORT WHAT CO BETHEA HAD SAID TO HIM IN REGARDS TO HIM

HAVING A FAT ASS. **SEE EXHIBIT-B WHCIH IS A STATEMENT FROM ANOTHER INAMTE**

**SAMUEL CERITI WHO WITNESS INCIDENT.**

29.     WHEN CO BETHEA HEARD THE PLAINTIFF REQUESTING TO THE OTHER OFFICER

WORKING THE HOUSING UNIT AT THE TIME THAT HE WANTED TO SPEAK WITH THE PREA

OFFICER, CO BETHEA STATED TO THE PLAINTIFF THAT " I THOUGHT OUR RELATIONSHIP

WAS BETTER THEN TAHT". **SEE EXHIBIT-C WHCIH IS A STATEMENT FROM THE INMATE**

**WHO WAS IN CELL FIVE WHO EYE AND EAR WITNESS THE ENTIRE ORDEL.**

30.     WHEN CO BETHEA SAW THAT THE OTHER CO WAS CALLING FOR THE FACILITY

PREA OOFICER HE DISCONTINUED THE PHONE CALLS AND LEFT THE HOUSING UNIT

AS HE WAS TAUGHT TO DO SO IN HIS PREA TRAINING THAT HE TOOK ON 1/22/2019,

**SEE EXHIBIT-D WHCIH IS A COPY OF CO BETHEA'S DEPARTMENT FILE INDICATING**

**THAT HE IS CERTIFIED IN THE PRISON RAPE ELIMINATION ACT.**

31.     THE PLAINTIFF WAS LATER SEEN BY PREA IFFICER DANIELS AND HE SUBMITTED

A STATMENT WHCIH IS HEREIN ALBELED AS **EXHIBIT-E.**

32.     ON JULY 2 2019 3-11 SHIFT CO BETHEA ATTEMPTED TO COME INTO HOUSING

AREA 9 NORTH AND CONDUCT PHONE CALLS. THE PLAINTIFF INFORMED THE OCCIER

THAT HE WAS CONCERNED FOR HIS SAFTY AND HAD JUST SPOKEN TO PREA ABOUT CO

BETHEA. BETHEA STILL STAYED AND CONDUCTED PHONE CALLS BUT REQUESTED THAT

THE OTHER OFFICER REMAIN ON THE UNIT FLOOR WITH HIM.

33.     LATER ON THAT NIGHT OF JULY 2 2019 THE PLAINTIFF SUBMITTED A GRIEVENCE

TO THE FACILITY IN REGRADS TO WHAT TOOK ΘEACE  IN THE SITUATION. **SEE EXHIBIT-**

**F WHCIH IS PLAINTIFF'S GRIEVENCE FILED ON THE MATTER.**

34.     ON JULY 3 2019 THE PLAINTIFF WROTE A LETTER EXPLAINING THE SEXUAL

HARRASMENT AND RETALIATION AND EXPRESSING HIS CONCERN FOR HIS SAFTY AT

THE MANHATTAN DEEENTION COMPLEX. THIS LETTER WAS TO THE FOLLOWING PEOPLE:

NYC DEPT OF ΙNVESTIGATIONS, SUPREME COURT JUDGE VINCENT DEL-GUDICE, SOUTHERN

DISTRICT FEDERAL COURT CLERK, CLERK OF THE COURT OF NY CIVIL BRANCH, AND

7

THE NEW YORK CITY POLICE DEPARTMENT. **SEE EXHIBIT-G WHCIH IS A COPY OF SAID LETTER.**

35.     ON JULY 5 2019 THE PLAINTIFF WROTE AND SENT TO LAURA S MELLO NYC DPET OF CORRECTION SENIOR COUNSEL AND FOIL OFFICER A FOIL REQUEST ASKING FOR ANY INFORMATION AND DOCUMENTATION  FROM MANHATTAN DETENTION COMPLEX STAFF EXPLAINING WHY AND HOW WAS HIS OUT-GOING LEGAL MAIL SEIZED AND SEARCH WITHOUT A WARRANT OR MAIL WATCH, **SEE EXHIBIT-H  FOR A COPY OF THAT LETTER.**

36.     AFTER HEARING NOTHING AND BELIEVING THAT HIS OUT-GOING MAIL WAS BEING STOPPED THE PLAINTIFF WROTE AND SUBMITTED ANOTHER FOIL REQUEST ON JULY 7 2019. **SEE EXHIBIT-I FOR A COPY OF THAT REQUEST.**

37.     THIS TIME THE PLAINTIFFF SENT A COPY OF SIAD REQUEST HOME TO HIS FAMILY WHO MAILED THE FOIL OUT TO MS MELLO. THE PLAINTIFF ALSO SUBMITTED TO FOIL TO ALL THE PEOPLE CCED VIA THE FACILITY MAILROOM.

38.     ON JULY 8 2019 THE PLAINTIFF SERVED HOUSING UNIT CAPTIN MS COATMMON WITH A COPY OF THE FOIL REQUEST IN THE EFFORTS TO RETRIEVE DOCUMENTATION FROM HER AS TO THE REASON HIS MAIL WAS SEIZED AND SEARCH. **SEE EXHIBIT-J FOR A COPY OF THAT FOIL LETTER.**

39.     THE INFORMATION THAT THE PLAINTIFF WAS REQUESTING WAS DOCUMENATION FROM MAILROOM OFFICER MARTINEZ WHO WHO THE PERSON WHO SOMEHOW GOT INTO DUPTY WARDEN RIVERA'S OFFICE ON JULY 2  2019 AND BROUGHT THE PLAINTIFF BACK HIS MAIL THAT WAS SEIZED. THIS TOOK PLACE ON HOUSING UNIT 9 NORTH AT APPROX 2:00PM.

40.     WHEN SHE RETURNED THE MAIL TO THE PLAINTIFF HE OBSERVED THAT ONE OF THE ENVELOPES HAD BEEN OPENED AND RECLOSED USING SCOTCH TAPE WHICH NO INMATE HOUSED AT MANHATTAN DETENTION COMPLEX HAS ACCESS TO.

41.     ON JULY 2 2019 THE PLAINTIFF WAS ABLE TO GET HIS MAIL BACK FROM DEPUTY WARDEN PEOPLES WH INFORMED THE PLAINTIFF THAT DEPUTY WARDEN RIVERA HAD INFORMED HER TO PACKAGE THE PLAINTIFF OUT-GOING LEGAL MAIL THAT WAS SEIZED  AND ADDRESS IT IN A LARGER ENVELOPE TO THE CITY COMPTROLLERS OFFICE. DEPUTY PEOPLES EXPLAINED THAT SHE WAS NOT COMFORTABLE WITH CHANGGING THE

RECEIPTANTS ADDRESS AND ADVISED THE PLAINTIFF TO GET HIS MAIL BACK AND TO FIGURE ANOTHER METHOD OUT.

42.     ON JULY 8 2019  WHILE THE PLAINTIFF WAS GETTING WATER FROM THE HOUSING UNIT SINK BEFORE GOING TO REC HE NOTIUED THAT CO BETHEA WAS STATIONED INSIDE OF THE 9 FLOOR STATION BUBBLE. WHEN HE LOOKED UP BETHEA STUCK OUT HIS MIDDLE FINGER TO HIM AND STATED THAT DEPUTY RIVERA AND HIM WAS COOL AND THAT HE COULD DO WHATEVER HE WANTED. **PLEASE SEE 9 FLOOR STATION LOG BOOK TO SEE THAT HE SIGNED IN ON THE DATE.**

43.     ON AUGUST 10 2019 THE PLAINTIFF AGAIN FOILED INFORMATION AND DOCUMENATTI FROM THE DEPARTMENTS FOIL OFFICER BECAUSE HE HAD NOT HEARD ANYTHING BACK FROM HER AS OF YET. **SEE EXHIBIT-K FOR COPY OF FOIL REQUEST.**

44.     ON OR ABOUT AUGUST 11 2019 THE PLAINTIFF QUESTIONED CAPTIN COATMMON IN REGARDS TO THE FOIL THAT HE SUBMITTED TO HER AND ASKED WHNE WAS SHE GOING TO GET HIM TO REQUESTED INFORMATION, WHICH SHE RESPONDED THAT SHE HAD EMAILED A COPY OF THE FOIL TO DEPUTY WARDEN RIVERA  AND COULD NOT GIVE ME ANYTHING UNTIL SHE HEARD FROM HER.

45.     THE PLAINTIFF STILL DID NOT HEAR FROM THE FOIL OFFICER SO AGAIN ON AUGUST 30 2019 HE SUBMITTED ANOTHER FOIL LETTER. **SEE EXHIBIT-L FOR A COPY OF THE FOIL LETTER.**

46.     ON AUGUST 6 2019 THEIR WAS A FACILITY SEARCH CONDUCTED ON HOUSING UNIT 9 NORTH. THE SEARCH WAS IN A ROW FROM CELL 1 THROUGH 12. WHEN THE TEAM GOT TO THE PLAINTIFF'S CELL WHICH WAS 7, A CO BY THE NAME OF LOUIS STEPPED INSIDE OF HIS CELL AND STATED THAT HE WAS LOOKING FOR LAW SUIT DOCUMENTATION AGANIST HIS DEP. WHNE THE TEAM LEFT OUT THE PLAINTIFF WAS MISSING LEGAL DOCUMENTS IN REFFERENCE TO A COMPLAINT THAT HE WAS WORKING ON.

47.     AFTER HIS CELL WAS SEARCH THE PLAINTIFF NOTICED THAT SEARCH TEAM DID NOT CONTINUE TO SEARCH THE REST THE CELL THAT WAS AFTER HIS. **SEE EXHIBIT-M WHCIH IS A COPY OF THE GRIEVENACE FILED IN REGRADS TO THE MATTER.**

48.     ON AUGUST 26 2019 WHILE THE PLAINTIFF WAS SERVING DINNER TO THE INMATES ON HOUSING UNIT 9 NORTH HE WAS CALLED TO THE 9 NORTH STATION BUBBLE BY CO BETHEA WHO BEGAN TO ANTAGONIZE THE PLAINTIFF. **SEE EXHIBIT-N FOR A COPY OF THE PLAINTIFF'S STATEMENT DESCRIBING EVENTS. ANOTHER  CORREECTIONAL OFFICER WITNESS THE ORDEL AND SIGNED THE PLAINTIFF'S STAMTEMNET.**

49.     **EXHIBIT-O IS A COPY OF A STATEMENT FROM THE INMATE HOUSED IN CELL ONE WHO WITHENSS THE ORDEL ALSO**


## LEGAL LIABILITY FACTORS

**RETALIATION CLAIM:**

50.     DEFENDANT **DEPUTY WARDEN RIVERA** IS LIABLE FOR HER ACTS OF RETALIATION AGAINST THE PLAINTIFF IN MULTIPLE FACTORS AS FOLLOWED: **EXHIBIT-P** IS PHOTO COPIES OF THREE **(3)** OF THE ENVELOPES THAT SHE SIEZED AND SEARCH AND HELD IN HER OFFICE. AS YOU CAN SEE IN THE ENVELOPED THAT WAS ADDRESSED TO CO FESTA (SHEILD NO 0725) THE LIP OF THE ENVELOPE WAS TORE OPENED AND RE-CLOSED USING SCOTCH TAPE, WHICH NO INMATE HAS ACCESS TO. ANOTHER ENVELOPE WAS ADDRESSED TO  THE NEW YORK CITY LAW DEPARTMENT  AND THE THRID ONE WAS ADDRESSED TO ANOTHER DEFENDANT IN THAT CIVIL MATTER.

51.     AS THE DEPUTY WARDEN OB SECURITY SHE IS TRAINED AND KNOWLEDGABLE IN THE AREA OF KNOWING WHETHER OR NOT THE PLAINTIFF WAS ON A FACILITY MAIL WATCH OR IF A LAWFUL WARRANT ALLOWING HER TO DO SUCH WAS FILED WITH THE FACILITY AT THE TIME OF THE INCIDENT.  WITHOUT EITHER BEING LOGGED AGAINST THE PLAINTTIFF THEN HER ACTIONS COULD ONLY BE CONSCRUED AS AN ACT OF RETALIATION BECAUSE SHE READ THE PACKAGE AND SAW THAT IT WAS A SUMMONS AND COMPLAINT BEING SERVED AGANST A DFENDANT AND THAT SEIZING WITHOUT NOTICE WOULD RESULT IN THE PLAINTTIFF NOT SERVING DEFENDANTS IN THE LEGAL TIME FRAME ALLOTTED BY THE COURTS IN CIVIL LITIGATIONS.

52.     HER ACTIONS ALSO WAS A VIOLATION OF OTHER CONSTITUTIONAL RIGHST IN WHCIH THE PLAINTIFF IS PROTECTED BY.

10

53.    DEFENDANT **CO BETHEA 5056**, IS HELD LIABLE FOR THE REASON AS FOLLOWED: WHEN HE WAS GIVEN THE RECALL POST HE WAS ADVISED BY CAPTIN HERNANDEZ THE ISSUES THAT SURROUNDING THE POST INVOLVING IN PARTICULAR THE PLAINTIFF COMPLAINTS ABOUT HIS MAIL BEING TAMPERED WITH. ALSO AS AN OFFICER WORKING A POST WHERE YOU WILL BE DEALING WITH INMATES IN-COMING AND OUT-GOING MAIL HE SHOULD BE EDUCATED IN THE AREA OF THE POLICIES THAT SURROUND THIS MATTER.

54.    THE PLAINTIFF  PLACED IN HIS HANDS **(5)** FIVE PICES OF MAIL ALL BEARING LEGAL ADDRESS WHICH MADE THE MAIL **PRIVILIGED CORRESPONDENCES** AND WITHOUT NOTCIE THE DEFENDANT TOOK IT UPON HIMSELF TO INVESTIGATE AND CARRY THE MAIL TO A DEPUTY WARDEN AFTER HE SIGNED IN THE SECURITY LOG BOOK THAT THE MAIL WAS BEING MAILED OUT. tHAT ACT ALONE IS CRIMINAL BECAUSE IT INVOLVED A LEVEL OF FRUAD AND MAIL TAMPERING.

55.    THE DEFENDANT ALS RETALIATED AGANIST THE PLAINTIFF WHEN HE STATED TO HIM **"YOU DO HAVE A FAT ASS"**, WHCIH WAS CLEARLY A WAY OF INFORMING THE PLAINTIFF THAT HE HAD READ THE COMPLAINT THAT WAS INSIDE OF THE ENVELOPE IN REGARDS TO THE SEXUAL HARASSMENT ALLEGATION AGAINST THE DEFENDANTS IN THAT MATTER.

56.    DEFENDANT **CO ESPINOZA**, SHE IS THE MAILROOM OFFICER AT MANHATTAN DETENTION COMPLEX AND IS AWARE AND TRAINED IN THE AREA OF DEALING WITH INMATES IN-COMING AND OUT-GOING MAIL.  SHE IS RESPOMSIBLE FOR THE DAILY OPERATIONS OF THE FACILITY MAILROOM

57.    SHE ACTED IN CONCERT WITH BETHEA WHEN HE FAILED TO SEND THE PLAINTIFF'S MAIL OUT OF THE FACILITY VIA THE MAILROOM. **CO ESPINOZA** IS AWARE OF THE MANY COMPLAINTS AND **381** COMAPLINTS ABOUT THE MAILROOM AND HAD THE OPPORTUNITY TO CURE THE ISSUE AND/OR PREVENT THE ISSUE FROM OCCURRING. WHEN SHE DIDNT DO SO IT DEEMED HER LIABLE IN THE ACTS OF RELAIATION ALSO.

58.    DEFENDANT **CAPTIN HERNANDEZ AND UNKNOWN SECURITY OFFICERS**, ARE LIABLE FOR THE FOLLOWING REASONS: CAPTIN HERNANDEZ IS THE SECURITY CAPTIN IN THE FACILITY AND THE CAPTIN OVER THE HOUSING UNIT WHERE THE PLAINTIFF IS HOUSED

AT. AS THE SECURITY CAPTIN HE BEARS THE RESPONSIBILITY OF KNOWING THE POLICIES AND DIRECTECTIVES THAT GOVERN THE AREAS THAT IS UNDER HIS COMMAND.

59. BEING AWARE OF THE ISSUES GOVERNING THE PLAINTIFF'S MANY COMPLAINTS AGANSIT OTHER SECUIRTY OFFICERS UNDER HIS COMMAND CAPTIN HERNANDEZ AND OTHER SECURITY OFFICERS ACTIONS ON JULY 2 2019 COULD ONLY SUPPORT FACTORS OF RETALIATION WHEN HE ATTEMPTED TO USE FORCE IN ORDER TO CONVINCE THE PLAINTIFF THAT WHAT WAS DONE WITH HE **PRIVILAGE CORRESPONDENCES** WAS PROPER AND LEGAL UNDER DEPARTMENTAL POLICIES.

60. AS THE SECURITY CAPTIN IN CHARGE OF DEFENDANTS' **BETHEA** POST HIS MOTIVE SHOULD HAVE BEEN GEARED TOWARDS CURRING THE WRONG DOING IN RELATION TO THE PLAINTIFFS OUT-GOING MAIL INSTEAD OF INTIMDATING HIM WITH THREATS AND OTHER SECURITY OFFICERS ON THE DATE OF THE INCIDENT.

61. THE DEFENDANT **NEW YORK CITY AND NYC DEPT OF CORR** ARE DEEMED LIABLE FOR RETALIATION BECAUSE OF THE FOLLOWING: AS THE MUNICIPAL IN CHARGE OF GOVERNING MANHATTAN DETENTION COMPLEX THE DEFEDENTS(S) ARE RESPONSIBLE FOR ENSURING THE **SAFTY** OF THE INAMTES HOUSED IN CITY JAILS, THE **PROTECTED RIGHTS**, OF THE INMATES HOUSED IN CITII JAILS AND ARE THE PERSON(S) IN CHARGE OF THE **POLOCIES** THAT GOVERN THE INAMTES HOUSED IN CITY JAILS.

62. **EXHIBIT-Q** WILL SHOW THAT THE DEFENDANT SHOULD HAVE BEEN AWARE THAT THE GRIEVANCE OFFICER AT MANHATTAN DENTION COMPLEX WAS NOT COMING TO HOSUING UNIT 9 NORTH TO COLLECT THE GRIEVENCES.

63. **EXHIBIT-R** WILL SUPPORT THAT THE DEFENDANTS ALLOWED THE MANHATTAN DETNETION COMPLEX TO BLCOK THE PLAINTIFF'S PIN NUMBER FROM BEING ABLE TO CONATCT 311.

64. THE GRIEVENACE PROCESS AND 311 IS THE ONLY MEANS THAT AN INMATE HAS TO REPORTING ANY FORM OF COMPBAINTS WHEN BEING HOUSED IN 9 NORTH, SO WHEN AN INMATE IS PURPOSELY CUT OFF FROM USING THESE CHANNELS IT CAN ONLY BE TAKEN AS AN ACT OF RETALIATION WHEN IT IS SHOWN THAT INMATES IN OTHER HOUSING UNITS THROUGHOUT THE FACILITY ARE NOT BEING RESTRICTED FROM THE SAME RIGHT.

65.    **EXHIBIT-S IS A LETTER THAT THE PLAINTIFF WROTE TO THE DEPARTMENT OF INVESTIGATION**, IS EFFORTS TO REPORT THE RELATLIATION THAT WAS GOING ON AGAINST HIM AND STILL THE DEFENDANT(S) FAILED IN CURRING THE MATTER.

**FIRST AMEND VIOLATION:**

66.    THE FIRST AMENDMENT ENSURES A PERSON OF THE RIGHT TO COOMUNICATE WITH THE OUTSIDE WORLD AND TO ACCESS THE **COURTS** AS WELL AS THE RIGHT TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVENCE. **EACH DEFENDANT NAMED HEREIN** IS GUILTY OF VIOLATING THE PLAINTIFF'S FIRST AMENDMENT RIGHTS AS EXPLAINED IN THE COMPLAINT.

67.    **EXHIBIT-T IS A DOCUMENT FROM THE NEW YORK STATE SUPREME COURT CIVIL BRANCH INFORMING THE PLAINTIFF THAT HE BEARED THE RESPONSIBILTY OF SERVING THE DEFENDNATS IN THAT INDEX NUMBER MATTER**, THIS DOCUMENT WAS ATTECHED WITH A ORDER TO SERVE AND WHEN THE DEFENDANTS SIEZED AND SERCHED THE PLAINTIFF OUT-GOING **PRIVILAGE CORRESPONDENCES** AND ALSO HELD WITHOUT NOTICE THEY NOT ONLY VIOLATED THE PLAINTIFF FIRST AMENDMENT RIGHTS BUT ALSO VIOLATED A COURT ORDER FROM A SITTING SUPREME COURT JUDGE.

**FOURTH AMENDMENT VIOLATION:**

68.    TITLE 40 OF THE BOARD OF CORRECTIONS SUB-SECTION **§ 1-11 CORRESPONDENCE (C)(4)(5)** STATES (4) THAT OUTGOING CORRESPONDENCE SHALL BE SEALED BY THE PRISONER AND DEPOSITED IN A LOCKED MAIL RECEPTACLE AND **(5)** ALL OUTGOING PRISONER CORRESPONEDENCE SHALL BE FORARDED TO THE UNITED STATES POSTAL SERVICE AT LEAST ONCE EACH BUSINESS DAY.

69.    SUB-SECTION **(6)** OF TITLE 40 STATES OUTGOING PRISONERS CORRESPONDENCES **SHALL NOT BE OPENED OR READ** EXCEPT PURSUANT TO A LAWFUL SEARCH WARRANT OR THE WARDEN'S WRITTEN ORDER ARTICULATING A REASONABLE BASIS TO BELIVE THAT THE CORRESPONDENCES THREATENS THE SAFETY OR SECURITY OF THE FACILITY, ANOTHER PERSON, OR THE PUBLIC. **[ NOT TO MENTION THAT LEGAL MAIL IS CONSIDERED PRIVILAGE MAIL AND IS PROTECTED MORE ]**

70.    THE FOURTH AMENDMENT ENSURES THE RIGHT FOR ONE NOT TO BE SIEZED

OR SEARCHED IN THEIR PERSON(S) OR THEIR PROPERTY WITHOUT A LAWFUL WARRANT
ALLOWING SUCH. IN THIS MATTER AS DESCRIBED HEREIN IT IS CLEAR THAT **EACH
DEFENDNAT NAMED** PLAYED A ROLE IN WHAT TOOK PLACE  IN THE PLAINTIFF'S SITUATIO
WHICH DEEMS **EACH DEFENDNAT LIABLE.**

**EIGHTH AMEND VIOLATION:**

71.    DEFENBANT(S) **CO ESPINOZA, CAPTIN HERNANDEZ, CO BETHEA AND DEPUTY
WARDEN RIVERA,** EACH DISPLAYED AN ACTIONS THAT CAN BE DESCRIBED AS BEING
CRUEL AND UNUSUAL PUNISHMENT IF THEY TREATED THE PLAINTIFF SERVERLY DIFFRENT
IN HIS SITUATION THAN THEY TREATED ANOTHER INMATE. IN THIS MATTER IT IS
CERTAIN THAT THAT IS THE CASE, UNLESS THE DFENDANT(S) TAKE ON THE  POSITION
THAT THE VIOLATION OF ONES PROTECTED RIGHTS IS SOMETHING THAT THEY REGULAR
PRACTICE.

**FOURTEENTH AMEND VIOLATION:**

72.    THIS AMENDMENT  DUE PROCESS CLAUSE STATES THAT THE STATE **CANNOT
DEPRIVE** ANY PERSON OF LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF
LAW.  **EACH DEFENDNAT NAMED HEREIN IS LIABLE** FOR THIS BECAUSE IN ONE WAY
OR ANOTHER THEIR ACTION(S) DISPLAYED THEIR DISREGARD FOR THE RIGHTS OF
THE PLAINTIFF IN THIS AREA OF THE LAW.

73.    **EXHIBIT-U IS A GRIEVENCE FILED BY THE PLAINTIFF BECAUSE THE DEFENDNAT
ESPINOZA  CONSTANTLY FAILS TO NOTIFY RECALL OFFICE WHEN SHE IS PRESENT
IN THE MAILROOM KNWOING THAT HOUSING UNIT 9 NORTH CAN ONLY RECIEVE AND
SEND MAIL WHEN SHE IS THERE AND THIS MUST ALSO BE AT THE SAME TIME THAT
THE RECALL OFFICE IS COMING AND/OR LEAVING HOUSING UNIT 9 NORTH.**

74.    **EXHIBIT-V**  IS ANOTHER GREIVANCE FILED AT THE FACILITY BY THE PLAINTIFF
BECAUSE THE GRIEVANCE OFFICE FAILED TO COLLECT GRIEVANCE AFTER BEING  APPROACHE
BY FACILITY STAFF MEMBERS ABOUT TASKING GRIEVANCE OUT TO OUTSIDE INVESTIGATORS.

**HIPPA VIOLATION:**

75.    THE SUMMONS AND COMPLAINT THAT WAS IN THE ENVELOPE OF THE PLAINTIFF'S

THAT WAS SEIZED AND SEARCHED CONTAINED MEDICAL INFORMATION OF HIS. A PRISONERS
CONSTITUTIONAL RIGHT TO PRIVACII OF THEIR MEDICAL INFORMATION WAS ESTABLISHED
BY THE COURTS IN; **POWELL V. SCHRIVER, 175 F.3D 107, 111 (2D CIR. 1999);
ALSO IN HUNNIWILT V ARMSTRONG NO. 04-1565-PR 152 FED. APPX 34. 35-36 2005
U.S. APP LEXIS 22220 AT # 3-4 (2D CIR OCT 13 2005).**

76.    DEEENDANT **DEPUTY WARDEN RIVERA**  VIOLATED THIS RIGHT OF THE PLAINTIFF
WHEN SHE OPENED AND READ HIS OUT-GOING MAIL WHEN THE DOCUMENTS CONTAINED
MEDICAL DOCUMENATATION OF THE PLAINTIFF.

77.   DEFENDANT **BETHEA #5056**  VIOLATED THIS SAME RIGHT WHEN HE INFORMED
THE MAILROOM CIVILIAN WHAT WAS IN THE DOCUEMNETS THAT HE WAS AWAITING TO
MAIL OUT FOR THE PLAINTIFF AND ALSO WHEN HE REPEATED TO THE PLAINTIFF THAT
**" YO YOU DO HAVE A FAT ASS "**, WHICH INFORMED THAT HE HAD TO READ THE DOCUMENTS
THAT WAS ENCLOSED INSIDE OF THE SIEZED ENVELOPES, LEAVING HIM WITH NO DEFENSE
TO THIS CLAIM.

**CONFIDENTIALITY VIOLATION UNDER PREA:**

78.   DEFENDANT(S) **CAPTIN HERNANDEZ, CO BETHEA AND DEPUTY WARDEN RIVERA**
VIOLATED THIS RIGHT OF THE PLAINTIFF WHEN THEY INFORMED THE MAILROOM CIVILAIN
WHAT WAS THE SUBJECT OF THE ENVELOPES THAT HE WAS TOLD THAT HE WOULD NOT
BE ABLE TO MAIL OUT EVEN THOUGH THE FACILITY HAD APPROVED THE FUNDS FROM
THE PLAINTIFF ACCOUNT FOR THE ENVELOPES TO BE MAILED OUT CERTIFIED RETURN
RECEIPT.

79.   THE PREA DIRECTIVE  ON PAGE 25 UNDER SECTION LABELED **PROCEDURES
VI (3) CONFIDENTIALITY** STATES **" EMPLOYEES SHALL NOT DISCUSS ANY ASPECT
OF THE ALLEGATION WITH OTHER EMPLOYEES OR INMATES EXCEPT IN ACCORDANCE
WITH THIS DIRECTIVE".**

80.   DEFENDANT(S) **CAPTIN HERNANDEZ DEPUTY WARDEN RIVERA AND CO BETHEA**
VIOAATED THE **SEPARATION ORDER** LAID OUT IN THE PREA DIRECTIVE, IN REFERENCE
TO **EXHIBIT-N & EXHIBIT-O MENTIONED HEREIN.**

81.    **DEFENDANT BETHEA**  WAS TRAINED IN CERTIFIED IN PREA AND KNEW THAT

15

HE WAS NOT TO (1) BEING PRESENT ON THE 9 FLOOR WHILE A INVESTIGATION WAS
GOING ON INTO THE PLAITIFFS ALLEGATION AGAINST HIM ON JULY 2 2019 AND (2)
THAT HE SHOULD NOT HAVE BEEN AGITATING AND ANTAGONIZING THE PLAINTIFF AS
DECRIBED IN THE EXHIBITS MENETION.

82.    AS THE SECURITY DEP AND THE SECURITY CAPTIN AND CO BETHEA BEING
AN OFFICER ASSIGNED TO THE FACILITYS' SECURITY UNIT BOTH DEFENDANT(S) **CAPTIN
HERNANDEZ AND DEPUTY WARDEN RIVERA** IS RESPONSIBLE FOR THE POST SCEDULING
OF OFFICERS UNDER THEIR COMMAND. THUS DEEMING THEM LIABLE FOR ᴠIOLATING
THE SEPARATION ORDER BETWEEN CO BETHEA NAD THE PLAINTIFF ON AUGUST 26 2019
AND JULY 8 2019 AS WELL AS THE EVENING OF JULY 2 2019.

83.    PREA DIRECTIVE PAGE 29  UNDER SECTION LABELED **PROCEDURES SEE EXHIBIT-
W FOR PROHIBITED CONTACT SUB-SECTION AND SEPARATION SUB-SECTION.**

## RELIEF SOUGHT

84.    THE PLAINTIFF IS SEEKING COMPENSATION IN THE AMOUNT OF **TWO HUNDRED
AND FIFTY THOUSAND DOLLARS**, $250,000.00.

85.    THE PLAINTIFF IS REQUESTING THAT AN OFFICIAL INVESTIGATION COMMENCE
IN ORDER TO DETERMINE PENAL LAW VIOLATIONS.

86.    THE PLAINTIFF REQUEST THAT HIS PIN NUMBER BE UNBLOCK TO ALLOW HIM
TO  BE ABLE TO CONTACTꞮꞮ 311 TO REPORT ANY FURTHER VIOLATION OF HIS RIGHT
TO OUTSIDE AGENCY.

87.    PLAINTIFF REQUEST THAT  **NEW YORK CITY AND NYC DEPT OF CORRECTIONS**
CREATE A POLICY WHERE THERE ARE CHECKS AND BALANCES IN REGARDS TO THE INMATES
HOUSED ON 9 NORTH. AND ANY OTHER RELIEF THAT THE COURT MAY DEEM JUST AND
PROPER.

## INJURRIES

88.    AS A RESULT OF THE ACTIONS OF THE DEFENDANT(S) NᴀMED HEREIN THE
PLAINTIFF  HAS DEVELOPED A SLEW OF MENTAL HEALTH ISSUES THAT IS CUURENTLY
BEING ADDRESSED BY THE FACILITIES  MENTAL HEALTH DOCTORS.

89.     THE PLAINTIFF HAS A CONSTANT FEAR OF HIS LIFE AND WELL BEING BEING IN DANGER BY WAY OF SEEING HOW EASY IT IS FOR THE DEFENDANT(S) TO ACCESS HIM AND THEIR DISREGARDS OF THE RIGHTS OF PRISONERS AND THE PENAL LAW OF THE STATE OF NEW YORK.

90.     AS FAR AS DETAILS GO PLAINTIFF'S MEDICAL RECORDS MAY BE ACCESSED UPON REQUEST OF COUNSEL REPRESENTING THE DEFENDANT(S).

91.     THE PLAINTIFF NON-PRIVILAGE AND PRIVILAGE CORRESPONDENCES ARE NOT BEING SENT OUT OF THE FACILITY.

**DATED: AUGUST 30 2019**

**ALEXANDER WILLIAMS JR 141-180-1632**
**MANHATTAN DETENTION COMPLEX**
**125 WHITE STREET**
**NY NY 10013**

**17**

**EXHIBIT-A**




# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19

Inmate's Name:
Trevor, lewis

Date: 7-3-19

| Book and Case Number: | Date of Birth: | Age: | Housing Area: |
|---|---|---|---|
| 3601900084 | 4-6-90 | 29 | 9N6 |

**I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.**

on ~~July~~ July 2nd around 1:00 Pm i herd officer Betha talking to inmate williams, he told him you do have afat ass" & he also told him why you going to write me up. I thought we had a better relationship. Then inmate williams told him i want to use the phone to call my lawyer, he said why you want to do somthing to me (Perfering to telling on him) I ask could I use the phone, & he told me no b/c yall have the same lawyer

Inmate's Signature:
T. Lewis

Date: 7-3-19

| Witness by (print name): | Witness Signature: | Rank: | Shield Number: |
|---|---|---|---|
| | | | |

EXHIBIT--B




# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19

| Inmate's Name: Ceruti Samuel | Date: 7/3/19 |
| --- | --- |

| Book and Case Number: 441-1502779 | Date of Birth: 8/3/1979 | Age: 39 | Housing Area: GMN-12 Cell |
| --- | --- | --- | --- |

**I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.**

On July 2 2019
On The 3 to 11 Tour Offer Bethea
Said to Inmate william your Shittin
is fat Inmate william Said to
Offer Bethea what Stop fucking
Playing with me to Offer Bethea
in Offer Bethea Just Stop in
Look it Inmate william

| Inmate's Signature: Ceruti Samuel | Date: 7 3 19 |
| --- | --- |

| Witness by (print name): | Witness Signature: | Rank: | Shield Number: |
| --- | --- | --- | --- |

**EXHIBIT-C**




## CORRECTION DEPARTMENT
## CITY OF NEW YORK

### INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19

Inmate's Name: Chris Terry

Date: 7-3-19

Book and Case Number: 141-19-02613

Date of Birth: 12-19-89

Age:

Housing Area: 9 North

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

On 7-2-19 at appox. 2pm inmate williams in 7 cell 9 north was talking to officer Bethea #5056 about his outgoing mail & how his outgoing mail was open, & what was inside his outgoing mail which I believe it was serving an officer becuz of saying inmate williams had a "fat ass". Officer Bethea said & I quote "you do have a fat ass". Then officer & inmate williams started going back & forth over what was said. Officer Bethea pulled inmate williams aside & said I thought we had a better relationship then that. I shook my head & got off my cell door becuz I was disgusted.

Inmate's Signature:

Date: 7-3-19

Witness by (print name):

Witness Signature:

Rank:

Shield Number:

**EXHIBIT-D**

# MANHATTAN DETENTION COMPLEX

**TRAINING HISTORY FOR:**

**RANK:**   CORRECTION OFFICER
**NAME**    BETHEA,
**SHIELD**  5056
**DOA:**

| DATE | QUAL/SCORE | TRAINING |
|------|-----------|----------|
| 1/22/2019 | 1 | PRISON RAPE ELIMINATION ACT (PREA) |

**EXHIBIT-E**

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INMATE VOLUNTARY STATEMENT FORM

Form: IVS-1
Eff.: 1/24/19



Inmate's Name: _Aleade Wellears_

Date: _July 2 2019_

Book and Case Number: _141180163 2_

Date of Birth: _02-08-1981_

Age: _38_

Housing Area: _9N_

I hereby acknowledge that the following written statement issued was made VOLUNTARILY of my own free will without promise of reward, or under any threat of physical harm or fear of such. Additionally, you will not be subject to any form of retaliation for providing information in connection with this investigation by the New York City Department of Correction.

on the above date officer betha (5056) held my out going mail and read it (when ) informed Captins and get my mail back he stated to me that "I thought our relationship was on DL" and "you do got a lot are all I cant allow you to send that out against my officer" he then stood in front of my cell and denied me from calling my lawyer and then he denead Trevor lewis in next cell from calling his lawyer once he noticed that we have the same privite attorney and heard me asking him to tell Jeff what was going on.

Jeffrey Chartorax ESQ is lawyer for myself and enmate Trevor lewis

Inmate's Signature: _alendr Wellems_

Date: _July 2 2019_

Witness by (print name):

Witness Signature:

Rank:

Shield Number:

**EXHIBIT-F**

ATTACHMENT - L



| CITY OF NEW YORK<br>DEPARTMENT OF CORRECTIONS<br>OFFICE OF CONSTITUENT AND GRIEVANCE<br>SERVICES<br><br>RETURN OF GRIEVANCE FORM | TO BE COMPLETED BY<br>GRIEVANCE COORDINATOR<br><br># 238311 | Form: #7117R<br>Eff.: 9/14/18<br>Ref.: Dir.3376RA |
|---|---|---|



| INMATE NAME AND BOOK AND CASE NUMBER:<br>Alexander Williams 141-180-1632 | FACILITY:<br>MDC | DATE OF GRIEVANCE:<br>07/15/2019 |
|---|---|---|

HOUSING ASSIGNMENT: 9 North

DATE GRIEVANCE RETURNED: _____

THE ATTACHED GRIEVANCE IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE INMATE GRIEVANCE PROCEDURES POLICY. THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

☐ This grievance concerns a Disciplinary Hearing action. This type of action is to be appealed through their own appeal process and not through the grievance process.

☐ There is no indication that you were personally affected by a Department or facility action or policy/procedure.

☐ This grievance appears to be on behalf of a group and group grievances are not permitted.

☐ This grievance is not signed and/or dated and/or does not include your Name, Book & Case number.

☐ This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

☐ This grievance is not legible, understandable, presented in a courteous manner or contains excessive legal jargon.

☑ The grievance concerns an issue that cannot be resolved by the Department of Correction because the issue is beyond the authority of the Department. This issue may be addressed to: Inestigations

☐ This grievance was not submitted within the ten (10) day timeframe. Unless you can show just reason(s) for this delay, this grievance /appeal will not be reviewed.

☐ The issue in this grievance was reviewed and addressed previously in Grievance # _____

☐ The grievance form submitted was not signed.

TIME STAMP        SIGNATURE OF GRIEVANCE COORDINATOR/OFFICER        DATE OF RESPONSE

July 15, 2019

If you wish to proceed with this grievance, you have five (5) working days from the date of their response to submit your grievance, to the Grievance Coordinator/Officer.



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION
## OFFICE OF CONSTITUENT AND GRIEVANCE SERVICES
### INMATE STATEMENT FORM

Form.: 7401R-A
Eff.:9/14/18
Ref.: Dir. 3376R-A

**Inmate's Name:** ALEXANDER WILLIAMS

**Book & Case #:** 141-180-1632

**NYSID #:** 01897858L

**Facility:** M.D.C

**Housing Area:** 9 NORTH

**Date of Incident:** JULY 2 2019

**Date Submitted:** JULY 2 2019

All grievances must be submitted within ten business days after the incident occurred, unless it's a sexual abuse or harassment allegation. The inmate filing the grievance must personally prepare this statement. Upon collection by the Office of Constituent and Grievance Services (OCGS) staff, OCGS staff will time-stamp and issue it a grievance reference number. OCGS staff shall provide the inmate with a copy of this form as a record of receipt.

**Grievance:** ON TODAY DATES I INQUIRED ABOUT SOME OUT-GOING MAIL THAT I SENT OUT WELL OVER A WEK AGO TO BE SENT OUT CERTIFIED USING MONEY FROM MY ACCOUNT. THE OFFICER WORKING THE HOUSING UNIT FOR THE XXXXXDAY WAS INFORMD BY THE MAILROOM OFICER THAT THE MONEY WAS APPROVED TO SEND OUT THE MAIL BUT THAT HE DIDNT HAVE IT YET BECAUSE IT WAS HELD INSIDE OF SECURITY OFFICE. THE CIVILIAN IN THE MAILROOM WENT ON TO EXPLAIN THAT HE WAS TOLD ABOUT WHAT EXACTLY INSIDE OF THE ENVELOPE AND THAT I WAS SERVING MULTIPLE OFFICERS IN A CIVIL LAWSUIT AGAINST THE JAIL.

CONTINUE ON NEXT PAPER.

**Action Requested by Inmate:** I WOULD LIKE TO BE SEEN BY ID TO INVESTIGATE THIS MATTER AND THE PEOPEL WHO ARE INVOLVED IN THIS COMPLAINT PLEASE.

**Please read below and check the correct box:**

Do you agree to have your statement edited for clarification by OCGS staff?   Yes ☐   No ☑

Do you need the OCGS staff to write the grievance for you?   Yes ☐   No ☑

Have you filed this grievance with a court or other agency?   Yes ☐   No ☑

Did you require the assistance of an interpreter?   Yes ☐   No ☑

**Inmate's Signature:** _(signature)_

**Date of Signature:** July 2 2019

### FOR DOC OFFICE USE ONLY

OCGS MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

THIS FORM IS INVALID UNLESS SIGNED BY THE INMATE AND GRIEVANCE COORDINATOR

**TIME STAMP** 2019 JUL 11 A
CAS ...
CONSTITUENT & GRIEVANCE SVCS
NYC DEPT CORRECTION

**Grievance Reference #** ROG

**Category:** Correspondence/mail

**Office of Constituent and Grievances Services Coordinator/Officer Signature:** _(signature)_

CAPTIN JEAN-BATISE WAS THE AREA CAPTIN HE CAME AND CALLED THE MAILROOM AND WAS TOLD THAT INSIDE OF MY ENVELOPE WAS A LAW SUIT AND THAT THE JAIL WAS NOT PERMITING ME TO SEND IT OUT TO SERVE THE DEFENDT IN THE MATTER.

DEPUTY PEOPLES AND CAPTIN HERNADEZ WAS CALLED TO UNIT 9 NORTH WHO INFORMED ME THAT THE MAIL WAS SITTING ON DEPUTY RIVERIA DESK. I WAS NOT INFORMED OF THIS AND THIS WAS CLEARLY AN ACT OF RETALIATION DUE TO MY COMPLAINTS FILED AND CIVIL SUIT AGAINST M.D.C OFFICIUALS. HOURS LATER DRPUTY PEOPLES CAME AND INFORMED ME THAT DEP RIVERIA WAS GOING TO PACKAGE ALL OF MY MAIL UP AND SEND IT TO THE NEW YORK CITY COMPTROLLERS OFFICER.

EXHIBIT ONE IS MY RETURN FROM 60 CENTRE STRET CIVIL COURT SUPREME WHERE INDICATES THAT MY CASE WAS ALREADY GIVEN AM INDEX NUMBER. THE NEW YORK CITY COMPTROLLERS OFFICER IS ONLY CONTACTED WHEN YOU ARE TRYING TO GET A CLAIMS NUMBER AS EXAPLINED IN EXHIBIT TWO.

AGAIN THE SERVING OF A DEFENDANT IS A TIME SENSTIVE MATTER AND YOUR SUIT MAYBE DISMIS IF THEY ARE NOT SERVED WITHIN A CETRAIN TIME FRAME THAT IS GOVERNED BY NYS CIVIL LAW STATUES.

I ASKED THAT THE MAIL BE GIVEN BACK TO ME AND WHEN IT WAS RETURNED TO ME BY MAILROOM OFFICER MARTINEZ (I SAW 1) THAT ONE OF MY ENVELOPES HAD BEEN CUT OPENED AND THE TAPPED BACK UP. AND 2) ONE OF THE ENVELOPES WERE GOING TO MY LAWYER WHO HAD NOTHING TO DO WITH THE CASE ANDANOTHER TO A LAW FIRM BUT THEY WERE STILL HELD BECAK WITHOUT ANY NOTIFICATION OR LEGAL REASON AS TO WHY.

SINCE THE SUIT IN THE MIDDLE OF THIS GRIEVENC WAS A SEXULA COMPLAINT ALLEGATION I REALIZED THAT DEPUTY RIVERIA IS RETALIATING FOR THE BENNIFITS OF THE JAIL. WHEN OFFICER BETHA  SHEILD NO 5056 CAME UP TO GET MORE MAIL FROM ME HE SAID THAT I DO HAVE A FAT ASS AND THAT HE COULD NOT ALLOW ME TO SUE ANY OF HIS OFFICERS IF HE WAS THE ONE SIGNING FOR THE MAIL GOING OUT IN THE MATTER. I HAVE A RIGHT TO BE FREE FROM THREATS AND RETAILIATION FROM FILING SEXUAL COMPLAINTS AGAINST DOC STAFF MEMEBERS.

**EXHIBIT-G**

Gerald Williams 141 1801632
Manhattan Detention Com.
125 White st
New York, N.y. 10013

RE: Retaliation and Sexual
     Harassment.                                    July 8 2019


Dear Sir and/or Madam,

                    I am writing you to inform you
of U.S.C. Sexual harassment and retaliation for
making my complaint

              On April 13 2019 I had a situation
where officer Festa made sexual advancement towards
me. I informed D.O.I and a investigation commenced.
              I moved forward in the Matter
with a civil complaint through N.Y.S Supreme ct
Civil branch.

                    On June 24 I sent of certified
mail through officer Bethea 5056 serving
the defendants involved in my sexual complaint
with officer Festa.
                    On July Second 2nd I asked officer
bethea if he sent my mail out which he
assured me that he did

I notered that the funds was never taken out of my account for certefied mail, which lead to me asking captin Jean-baptise to look into the matter for me.

upon contacting the mailroom Cevelier captin Jean-baptise was enfomed by cevilier that the funds was approved but that my mail was being held by facelity Security staff because I was treying to sever officers from the fail with a Civil Suit for Sevral Harrasment.

Dep peoples was able to track my mail down which was lacked in security Depelty Revera's office Dep Reveru enfomed me that they were going to re-route my mail to N.Y.C comptraller officer to get claim number I already had an index and a judge assegned to my case and did not need my mail sent there, so I ask that mail be returned.

Later I received the mail back it was a total of five pieces 3 going to officers, two going to my attoney one of my Envelopes that was addressed to one of the defendants was opened and had been Tapped shut (I do not have access to any tape). I still have Envelopes