UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER WILLIAMS,

                Plaintiff,

-against-

CITY OF NEW YORK; A. PADILLO, *M.D.C. Civilian Grievance Supervisor*; CORRECTIONAL OFFICER MARTINEZ, *Shield 1769*; MAILROOM CIVILIAN T. GREEN,

                Defendants.

**ORDER OF SERVICE**

19 Civ. 8737 (ER)

RAMOS, D.J.:

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that the City of New York, MDC Civilian Grievance Supervisor A. Padillo, Correction Officer Martinez (Shield #1769), and Mailroom Civilian T. Green waive service of summons.

    SO ORDERED.

Dated:   November 21, 2019
            New York, New York

                                          Edgardo Ramos, U.S.D.J.