```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
ALEXANDER WILLIAMS,                                 :
                                                    :
                                                    :
                         Plaintiff,                 :     19-cv-8737 (LJL)
        -v-                                         :
                                                    :           ORDER
CITY OF NEW YORK, et al.,                           :
                                                    :
                         Defendants.                :
                                                    :
-----------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

By Order on March 24, 2020, this action was consolidated with another action filed by Mr. Williams, 19-cv-3347, *Williams v. N.Y.C. Dep't of Corrections, et al*. (S.D.N.Y. 2019), and this action was closed. Dkt. No. 31.

On May 21, 2020, Plaintiff filed a motion for summary judgment in this action. *See* Dkt. No. 35. The motion was filed after this case was consolidated with 19-cv-3347 and closed. It was also filed before the end of discovery in the lead consolidated case. Judge Cott, to whom the lead consolidated case is referred for General Pretrial and Substantive Motion, issued an order in 19-cv-3347, at Dkt. No. 111, setting a summary judgment schedule by which motions for summary judgment on any claims would be filed simultaneously in January 2021. Plaintiff has since filed a motion for summary judgment, *see* 19-cv-3347, Dkt. Nos. 156-161 (February 26, 2021), which is currently pending.

For the foregoing reasons, Defendant's motion for summary judgment in this closed action is DENIED without prejudice. Plaintiff is directed to make all future filings in the lead consolidated action, 19-cv-3347. This Order has no effect on the motion for summary judgment that Plaintiff has filed in Dkt. No. 19-cv-3347, which remains pending.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. No. 31 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: March 22, 2020                    _____
       New York, New York                         LEWIS J. LIMAN
                                               United States District Judge